UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GEORGE MOORE and VIRGINIA CARTER et al., )
*on behalf of themselves and all others similarly situated*, )
)
Plaintiffs, )
)
v. ) No. 4:18-cv-01962-SEP
)
COMPASS GROUP USA, INC., d/b/a CANTEEN, )
)
Defendant. )

### **THIRD AMENDED CASE MANAGEMENT ORDER - TRACK 3**

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I.     SCHEDULING PLAN**

1. This case has been assigned to Track 3: Complex.

2. All motions for joinder of additional parties or amendment of pleadings shall be granted only on the consent of all parties or with leave of the Court.

3. Disclosure shall proceed in the following manner:

(a) The parties have made all disclosures required by Rule 26(a)(1), Fed. R. Civ. P. The parties will supplement disclosures as required by Rule 26.

(b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **January 6, 2023**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **February 3, 2023**.

(c) Defendant shall disclose all expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed. R. Civ. P., no later than **March 3, 2023**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **March 31, 2023**.

(d) Plaintiff shall disclose all rebuttal expert witnesses and shall provide the reports required by Rule 26(a)(2), Fed.R.Civ.P., no later than **April 14, 2023**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **May 5, 2023**.

(e) The presumptive limits of ten (10) depositions per side as set forth in Rule 30(a)(2)(A), Fed. R. Civ. P., and twenty-five (25) interrogatories per party as set forth in Rule 33(a), Fed. R. Civ. P., shall apply.

(f) The parties do not plan to make requests for physical or mental examinations of parties pursuant to Rule 35, Fed. R. Civ. P.

**(g)** The parties shall complete all discovery in this case no later than **May 19, 2023**.

(h) Before filing any discovery memorandum or motion, the parties must first attempt to resolve their discovery dispute without court intervention in compliance with Local Rule 37-3.04. If the parties are unable to reach an agreement without court intervention, they *must* file a memorandum requesting a telephone conference with the Court. The memorandum must be filed jointly; must specify the parties' attempts to achieve a resolution; must concisely describe (e.g., in bullet points) the issue(s) in dispute; and must not exceed three (3) pages in length.

If, after conference with the Court, the parties' discovery dispute is still unresolved, a motion may be filed no later than ten calendar days after the telephone conference, unless another deadline is set by the Court. The Court will not consider motions to compel filed more than fourteen (14) days following the discovery deadline set out above.

4. This matter will be referred to alternative dispute resolution on **October 3, 2022**. That reference shall terminate on **December 12, 2022**.

5. Any motion for class certification must be filed no later than **June 16, 2023**. The memorandum in support shall not exceed **40 pages**. Any response shall be filed no later than **July 14, 2023**. The response shall not exceed **40 pages**. Any reply shall be filed no later than **July 28, 2023**. The reply shall not exceed **25 pages**.

6. **For all filings of twenty (20) or more pages or with ten (10) or more pages of attachments, parties must submit courtesy copies to the Court.** Parties may coordinate to send a single copy after a motion is fully briefed.

## II. ORDER RELATING TO TRIAL

The parties will confer with the Court regarding a trial setting after the Court issues a ruling on any motion for class certification.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 13th day of June, 2022.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

-4-