UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GEORGE MOORE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:18-cv-01962-SEP |
| COMPASS GROUP USA, INC., | ) |
| Defendant. | ) |

### FOURTH AMENDED CASE MANAGEMENT ORDER - TRACK 3

Pursuant to the Civil Justice Reform Act Expense and Delay Reduction Plan and the Differentiated Case Management Program of the United States District Court of the Eastern District of Missouri,

**IT IS HEREBY ORDERED** that the following schedule shall apply in this case, and will be modified only upon a showing of exceptional circumstances:

**I. SCHEDULING PLAN**

1. This case has been assigned to Track 3: Complex.

2. All motions for joinder of additional parties or amendment of pleadings shall be granted only on the consent of all parties or with leave of the Court.

3. Disclosure shall proceed in the following manner:

   (a) The parties have made all disclosures required by Fed. R. Civ. P. 26(a)(1). The parties will supplement disclosures as required by Rule 26.

   (b) Plaintiff shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than **May 5, 2023**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **June 2, 2023**.

   (c) Defendant shall disclose all expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than **July 7, 2023**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **August 4, 2023**.

(d) Plaintiff shall disclose all rebuttal expert witnesses and shall provide the reports required by Fed. R. Civ. P. 26(a)(2), no later than **August 18, 2023**, and shall make expert witnesses available for depositions, and have depositions completed, no later than **September 8, 2023**.

(e) The presumptive limits of ten (10) depositions per side as set forth in Fed. R. Civ. P. 30(a)(2)(A), and twenty-five (25) interrogatories per party as set forth in Fed. R. Civ. P. 33(a), shall apply.

(f) The parties do not plan to make requests for physical or mental examinations of parties pursuant to Fed. R. Civ. P. 35.

(g) The parties shall complete all discovery in this case no later than **September 22, 2023**.

(h) Before filing any discovery memorandum or motion, the parties must first attempt to resolve their discovery dispute without court intervention in compliance with Local Rule 37-3.04. If the parties are unable to reach an agreement without court intervention, they *must* file a memorandum requesting a telephone conference with the Court. The memorandum must be filed jointly; must specify the parties' attempts to achieve a resolution; must concisely describe (e.g., in bullet points) the issue(s) in dispute; and must not exceed three (3) pages in length.

If, after conference with the Court, the parties' discovery dispute is still unresolved, a motion may be filed no later than ten calendar days after the telephone conference, unless another deadline is set by the Court. The Court will not consider motions to compel filed more than fourteen (14) days following the discovery deadline set out above.

4. This matter will be referred to alternative dispute resolution on **March 27, 2023**. That reference shall terminate on **May 26, 2023**.

5. Any motion for class certification must be filed no later than **October 13, 2023**. The memorandum in support shall not exceed **40 pages**. Any response shall be filed no later than **November 10, 2023**. The response shall not exceed **40 pages**. Any reply shall be filed no later than **November 24, 2023**. The reply shall not exceed **25 pages**.

6. **For all filings of twenty (20) or more pages or with ten (10) or more pages of attachments, parties must submit courtesy copies to the Court.** Parties may coordinate to send a single copy after a motion is fully briefed.

## II. ORDER RELATING TO TRIAL

The parties will confer with the Court regarding a trial setting after the Court issues a ruling on any motion for class certification.

Failure to comply with any part of this order may result in the imposition of sanctions.

Dated this 12th day of January, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE