UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GEORGE MOORE and JAMES JILEK, )
on behalf of themselves )
and all others similarly situated, )
)
Plaintiffs, )
) Case No. 4:18-cv-01962-SEP
)
)
COMPASS GROUP USA, INC., D/B/A )
CANTEEN, )
)
Defendant. )

## PLAINTIFFS' MOTION FOR SEALING

Pursuant to LR 13.05(A)(4), Plaintiffs seek to have materials filed under seal. As required by that rule, Plaintiffs state:

(i) The materials sought to be filed under seal are:

- Plaintiffs' Motion for Class Certification.

- Plaintiffs' Memorandum in Support of Class Certification.

- The Appendix and Exhibits filed with the above.

(ii) The legal grounds for the sealing are that it is required by the Protective Order because these materials contain information that Defendant has designated as Confidential. *See* Protective Order, Doc. # 44, ¶ 8.

(iii) The requested duration of the sealing: Plaintiffs request that the sealing last until Defendant files a motion for continued sealing or five days from the filing of this motion, whichever first occurs.

In support of this motion, Plaintiff submits the accompanying memorandum, which is filed under seal as required by LR 13.05.

Dated: October 13, 2023

GOLDENBERG HELLER & ANTOGNOLI, P.C.

By: */s/ Richard S. Cornfeld*
Richard S. Cornfeld, #31046MO
Daniel S. Levy, #66039MO
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618.656.5130
rick@ghalaw.com
daniel@ghalaw.com

Mike Arias (*Pro Hac Vice*)
Anthony Jenkins (*Pro Hac Vice)*
**ARIAS SANGUINETTI WANG & TORRIJOS, LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
T: (310) 844-9696
F: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

*/s/ Richard S. Cornfeld*