# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION
 3
 4   GEORGE MOORE and VIRGINIA   )
     CARTER, et al., on behalf of)
 5   themselves and all others   )
     similarly situated,         )
 6                               )
                Plaintiffs,      )
 7                               )
     VS.                         )        Cause No.
 8                               )   4:18-cv-01962-SEP
     COMPASS GROUP USA, INC.,    )
 9   d/b/a CANTEEN,              )
                                 )
10              Defendant.       )
11                     VOLUME I
12   VIDEOTAPED VIDEOCONFERENCE (30)(b)(6) DEPOSITION OF
13                    DAVID GOLDRING
14      TAKEN REMOTELY ON BEHALF OF THE PLAINTIFFS
15              IN OKLAHOMA CITY, OKLAHOMA
16                  ON JUNE 9, 2021
17
18            REPORTED BY:  DAVID BUCK, CSR
19
20
21
22
23
24
25
```

```
 1      A.  Yes.
 2      Q.  And if at any point -- I'm sorry?
 3      A.  I said yes.
 4      Q.  I'm sorry.
 5          If at any point in time, sir, we get to a
 6  topic or a matter that you don't believe you're
 7  qualified to respond to, will you please let me know?
 8      A.  Yes.
 9      Q.  Now, I'd like to before I get into these
10  specific topics understand a little bit more about
11  Compass Group.  Compass Group USA, Inc. is your
12  employer.  Is that right?
13      A.  Correct.
14      Q.  There -- the -- well, first of all, there is a
15  division I suppose of Compass Group called Canteen.
16  Is that right?
17      A.  That's correct.
18      Q.  And without getting into specifics, does
19  Compass Group have other divisions other than Canteen
20  or other businesses that it's engaged in, for
21  instance?
22      A.  Yes, it does.
23      Q.  And you I think told me, you are the CFO only
24  of the Canteen division.  Is that right?
25      A.  That's correct.
```

Veritext Legal Solutions
866 299-5127

1  Q. And other than being in the business of, and I
2  don't want to word this improperly, maybe you could
3  even correct me, the business of vending machines if
4  you will, does Canteen have any other products or
5  businesses that it's engaged in?
6  A. We service vending machines, micro markets,
7  dining centers and commissaries.
8  Q. With respect to the response that you just
9  gave me, for instance, micro markets, dining centers
10 and commissaries, is that in the context of vending
11 machines or something else?
12     A. That's something different.
13     Q. I see.
14        So, the vending machine business of Canteen is
15 only one part of what Canteen does for it's business.
16 Is that right?
17     A. That's correct.
18     Q. Does -- well, for -- for ease of reference
19 today then I might -- well, I'm going to attempt to
20 refer to instead of saying Compass Group I'm going to
21 say Canteen I think to be more specific, but to the
22 extent I mess up and say Compass Group I mean to refer
23 today only to the Canteen portion of Compass Group.
24 Do you understand that?
25     A. Yes, I do.

Page 11

1    A.  Yes.

2    Q.  So, if -- and I'm -- this is just a complete
3  hypothetical.  If there is a Canteen machine
4  downstairs in the building that I'm at right now, it
5  would be a Canteen employee that actually comes out
6  and services that machine.  Is that accurate?

7    A.  Yes, that's correct.

8    Q.  Now, I -- in reviewing the material that was
9  produced to us at least as of 2019 it appeared that
10 there were 33 different states in which Canteen had
11 vending machines.  Is that accurate?

12   A.  Yes, I believe that's correct.  We are not in
13 every -- we are not in all the 50 states.

14   Q.  Just so that I don't have to circle back to
15 this, I saw -- well, does Canteen have any insurance
16 that can cov -- that may cover any or all of the
17 allegations in the complaint in this matter?

18   A.  I would not be the person to answer that
19 question as it's -- our insurance is handled in this
20 case by our offices out of the United Kingdom.

21   MR. PARTAIN:  Joe, are we going to have a
22 different witness to testify as to Topic Number 3?

23   MR. WYLIE:  If we -- if we need it.  I think that
24 may be something that we can resolve informally
25 without formal testimony and we did provide some

1   K & L Gates in 2018 or 2019 to provide Canteen with
2   the requirements on a state by state basis for the
3   vending machine labeling?
4        MR. WYLIE:  And I'll object, attorney/client
5   privilege and instruct the witness not to answer.
6        Q.  (By Mr. Partain) I guess what I'm trying to
7   get at, sir, is -- well, strike that.
8             Before this attorney review project in 2018 or
9   2019 that you described to me, had Canteen made any
10  effort to determine whether the labeling on its
11  vending machines complied with the law?
12       A.   Well, generally our instructions to the field
13  was that any machine that had a cashless reader on it
14  and that was going to be charging the two tier rates
15  had to have specific labeling on it in order that the
16  consumer would understand that there was a
17  differential in pricing.
18       Q.  Sir, I asked a completely different question
19  than that.  So let me ask it again.
20            Prior to this review in 2018 or 2019 had
21  Canteen made any effort to ensure that the labeling on
22  its vending machines complied with the law?
23       A.  Not during the seven years that I've been in
24  this position do I know if that had been done.  Prior
25  to that, I have no knowledge.

1   You knew prior to January 10th of 2018 that
2   there were reports of two tier machines that weren't
3   labeled as such.  Is that right?
4       A.  We did have sporadic calls that came in to our
5   call lines such as this one.
6           (Plaintiff's Exhibit Number 4 marked for
7            identification purposes and made part of the
8            record.)
9       Q.  (By Mr. Partain) I'm going to show you a
10  document I've premarked as Exhibit 4 to the
11  deposition, sir.  It is a sort of continuation of the
12  same e-mails here.  We're going to go down to the last
13  e-mail from Ann Sheridan to you to John Fowler and to
14  Bruce Battle with a cc to Brian Keeney.
15          Do you see this?
16      A.  Yes, I do.
17      Q.  And Ms. Sheridan says, hi all.  And again,
18  it's dated January 10th, 2018, the same date as the --
19  as Exhibit 3 that we just looked at.  Ms. Sheridan
20  says, hi all, I reached out to Brian Keeney from
21  Phoenixville who is having the CSMs check out the
22  machines at Hahnemann Hospital today.
23          What does CSMs stand for, sir?
24      A.  Customer service manager.
25      Q.  And these are folks, I assume regional folks

1    management team that Brian Keeney is a part of.  So
2    it's not the broader group, it's specifically the
3    branch operation that would be servicing the account
4    that was in question.
5        Q.  He then writes, in addition, that plan should
6    be completed by close of business Friday, January 12,
7    2018, along with timeline to ensure that our
8    organization does not have additional exposure.
9    Regards, Bruce.
10           Do you see that?
11       A.  I do.
12       Q.  Now, at this time as of January 10th, 2018 we
13   see that Mr. Battle's referring to a plan to ensure
14   signage on all assets within that particular
15   geographic region.  Do you see that?
16       A.  Yes.
17       Q.  Did you as the CFO of Canteen believe, believe
18   that Canteen needed a broader plan amongst the entire
19   company to do the same, to ensure that there was
20   signage on all assets that have two tier implications?
21       A.  I did not because he responded to the call
22   that had come in in exactly the way that we would have
23   expected him to and his team.
24       Q.  And -- and I don't mean to jump the gun, sir,
25   but you know we're going to look at the actual data

```
 1  after the survey was done.  There was something like
 2  67 or 68,000 Canteen machines that Canteen identified
 3  did not have labeling on them.  Looking back -- and
 4  this was, what, 2020 when that survey was completed
 5  finally.  Right?
 6       A.  Yes.
 7       Q.  And again, looking back at this e-mail on
 8  January 10th, 2018, you know, can we say that this is
 9  somewhat of a canary in the coal mine or should it
10  have been an alert or a warning to you?  I mean, is
11  this --
12       MR. WYLIE:  Objection to form.
13       Q.  (By Mr. Partain) Let me withdraw it.  it was a
14  bad question, sir.
15          Why didn't you on -- as of January 10th, 2018
16  look at this isolated incident and think that it might
17  have broader implications across all the Canteen
18  assets?
19       A.  Well, for a couple of reasons.  One is we do
20  millions and millions of transactions a day.  This is
21  one.  Number two is he responded in exactly the way
22  that would have been expected.  He saw that there was
23  an issue, he formulated a plan and they took care of
24  it.  So, again, in the broader context of all the
25  transactions going on with Canteen, I -- I believe
```

Page 50

1  that it was not a problem and that when we had
2  isolated incidents like this that they were taken care
3  of and therefore, again, in the broader context
4  that -- that we were okay.
5       Q.   Okay.
6            (Plaintiff's Exhibit Number 5 marked for
7             identification purposes and made part of the
8             record.)
9       Q.   (By Mr. Partain) Sir, I'm showing you an
10 e-mail I've marked as Exhibit 5.  Scroll down here.
11 It's a series of e-mails I should say.  The first one
12 is from a gentleman named William Man -- Mandile from
13 championvending.com to Brian Dunn at USA Tech dated
14 January 12th, 2018.  And I meant to ask you this, sir,
15 but USA Tech is one of the vendors that Canteen uses
16 to supply both the hardware and the infrastructure for
17 the credit card processing on the vending machines.
18 Is that right?
19      A.   Yes, that is correct.
20      Q.   And, in fact, USA Technologies provides not
21 just the hardware and the software but the actual --
22 they actually process the credit card transactions for
23 Canteen on a machine by machine basis.  Is that right?
24      A.   Yes.  They are the gateway through which the
25 data is transferred to the and processed by the banks.

Page 51

```
 1                C E R T I F I C A T E
 2
     STATE OF OKLAHOMA  )
 3                      )  SS:
     COUNTY OF OKLAHOMA )
 4
 5            I, David Buck, Certified Shorthand Reporter
 6   within and for the State of Oklahoma, do hereby
 7   certify that DAVID GOLDRING was by me first duly sworn
 8   to testify the truth, the whole truth and nothing but
 9   the truth, in the case aforesaid; that the above and
10   foregoing deposition was taken in shorthand and
11   thereafter transcribed; that the same was taken on
12   June 9th, 2021, in Oklahoma City, Oklahoma; that I am
13   not an attorney for nor a relative of any said
14   parties, or otherwise interested in said action.
15            IN WITNESS WHEREOF, I have hereunto set my
16   hand and official seal this 15th day of June, 2021.
17
18
19
20
21   _[signature: David Buck]_
22   David Buck, CSR #1585
23
24
25

                                              Page 161
```