# Exhibit B

1              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF MISSOURI
2                       EASTERN DIVISION
3    GEORGE MOORE, ET AL., ON          )
     BEHALF OF HIMSELF AND ALL         )
4    OTHERS SIMILARLY SITUATED,        )
                                       )
5         Plaintiffs,                  ) No. 4:18-cv-01962-SEP
                                       )
6    v.                                )
                                       )
7    COMPASS GROUP USA, INC., D/B/A    )
     CANTEEN,                          )
8                                      )
          Defendant.                   )
9
10
11
12
13          VIDEO DEPOSITION OF GEORGE MOORE
14                  September 8, 2023
15
16
          Reporter:  Jude Arndt, CSR, CCR, RPR
17                  CSR No. 084-004847
                      CCR No. 1450
18
19
20
21
22
23
24
25

1      Q.    And what address?

2      A.    3722 North Market.

3      Q.    And how long have you been there?

4      A.    13 years.

5      Q.    Do you have any other homes, residences,

6   or is that your only residence?

7      A.    Yeah, the one that me and my wife stay at

8   now.

9      Q.    And what's that address?

10     A.    5855 Washington.

11     Q.    And when did you move?

12     A.    Well, we're moving now.

13     Q.    And the address on Washington, that's also

14  in St. Louis?

15     A.    Yes, sir.

16     Q.    Did you graduate from high school?

17     A.    Yes, sir.

18     Q.    What year?

19     A.    '96.

20     Q.    And have you attended any schools since

21  then?

22     A.    No, sir.

23     Q.    Are you currently employed?

24     A.    Yes, sir.

25     Q.    By whom are you employed?

1       A.      By 4M.

2       Q.      And what is 4M?

3       A.      Mitch Murch Maintenance Manufacturing

4    Group.  It's a maintenance company.  I'm a day porter.

5       Q.      And where do you work for 4M?

6       A.      Here.

7       Q.      Here, meaning 1010 Market?

8       A.      1010 Market.

9       Q.      Do you have a job title?

10      A.      Day porter.

11      Q.      Day porter?

12      A.      Yes, sir.

13      Q.      And what are your duties as a day porter?

14      A.      It's pretty much as a janitor.  I make

15   sure that the restrooms are stocked and floors are

16   vacuumed.  I have to do things that the night people

17   don't do.

18      Q.      How long have you been employed by 4M?

19      A.      Well, I've been employed by 4M for three

20   years, but I've been in the building 21 years.

21      Q.      And when you say you're in the building,

22   does that mean performing the same job

23   responsibilities?

24      A.      Yes, sir.  Yes, sir.

25      Q.      Who were you employed by prior to 4M?

Page 13

```
 1          A.    A ripoff.

 2          Q.    And what do you mean by that?

 3          A.    Hmm?

 4          Q.    What -- what do you mean by that?

 5          A.    What I mean by that is that they're --

 6    they're charging your card extra than when you use your

 7    cash money.  When you use cash money, it goes direct.

 8    But if you use your card, it's charging you like 10,

 9    15 cents extra, and that's not right.

10          Q.    And -- and when you say they're charging

11    you, what are they charging you for?

12          A.    Whatever you buy off the vending --

13    vending machine.

14          Q.    So they operate vending machines, to your

15    understanding?

16          A.    Yes, sir.

17          Q.    Okay.  If I represent to you that Canteen

18    is a business name that Compass Group uses, does that

19    make sense to you, that they're essentially one and the

20    same?

21          A.    Not really.

22          Q.    Are you familiar with vending machines

23    operated by Canteen?

24          A.    No, sir.

25          Q.    Have you ever used a vending machine
```

Case 3:23-cv-00818-JAG-DCK    Document 260-2    Filed 11/10/23    Page 5 of 17

1    operated by Canteen?

2           A.    Well, apparently.  I'm here now.

3                 MR. WYLIE:  I'm sorry, can you read that

4    back?

5                 [The previous question was read by the

6                 reporter.]

7                 THE WITNESS:  I said, apparently.  I'm

8    here now.  You know, saying about the situation.

9    BY MR. WYLIE:

10          Q.    And what situation is that?

11          A.    Hmm?

12          Q.    What situation is that?

13          A.    About the machines.

14          Q.    Which machines?

15          A.    The vending machines.

16          Q.    And vending machines located here at

17   1010 Market?

18          A.    They were.  They're not here anymore.

19          Q.    What specific vending machines here at

20   1010 Market are you referring to?

21          A.    The ones that was here at first.  The

22   reason why we're here now.

23          Q.    Where were these vending machines located?

24          A.    Right behind us.

25          Q.    On the fifth floor?

1          A.    Yes, sir.

2          Q.    Anywhere else in the building that had

3    Canteen vending machines?

4          A.    No, sir.

5          Q.    To the best of your knowledge, have you

6    ever bought anything from a Canteen vending machine

7    other than here at 1010 Market?

8          A.    At the hospitals.

9          Q.    Which hospitals?

10          A.    Barnes, St. Louis University.

11          Q.    And when did you make those purchases?

12          A.    It's been a while.  I can't remember.

13          Q.    And how did you know they were Canteen

14    vending machines?

15          A.    Sir?

16          Q.    How did you know they were Canteen vending

17    machines?

18          A.    Well, I didn't know, but I know they --

19    they the same as the ones that were here.

20          Q.    And how do you know that?

21          A.    What do you mean?

22          Q.    I mean, how do you know that they were the

23    same -- that they were operated by the same company

24    that operated the machines here?

25          A.    Because they sold the same things here,

1   and they was made the same way as the ones that was

2   here.

3          Q.    So your -- your -- you believe that they

4   were the same as the ones here, because they looked the

5   same and they had the same product?

6          A.    Yes, sir.

7          Q.    But you don't know who -- who actually

8   operated the machines at the hospitals?

9          A.    No, sir.

10         Q.    Did you use a debit or prepaid card or a

11  credit card at the machines at the hospitals?

12         A.    No.  I used cash.

13         Q.    Other than the machines at the hospitals,

14  do you think you've used vending machines operated by

15  Canteen anywhere else?

16         A.    No, sir.  Not that I remember.

17         Q.    Okay.  The machines that you used here on

18  the fifth floor, do you know how long they were here?

19         A.    They were only here for -- I want to say

20  about three, four years.

21         Q.    And do you know approximately from when to

22  when they were here?

23         A.    No, sir.

24         Q.    What kind of products did those vending

25  machines sell?

```
1    would you use cash?
2         A.   No.  I used my card.  I didn't start using
3    cash until I found out about the machine was giving
4    you -- was charging extra.
5         Q.   And how did you find out the machine was,
6    in your terms, charging extra?
7         A.   This young lady named Caroline, she used
8    to work for Mr. Cornfeld, 'cause she had got
9    overcharged on her card.  And she had asked me, have
10   you been using your card?  I'm like, yes.  And she had
11   told me, like, well, they're overcharging you for items
12   that you're getting.
13        So once I found out they was charging --
14   overcharging me, I just started using cash.
15        Q.   And did you make any purchases with a
16   credit, debit, or prepaid card after you found out that
17   they were charging you extra for using those cards?
18        A.   No, sir.  I stopped using my card.
19        Q.   And you said that you found out about it
20   from a woman named Caroline?
21        A.   Yes, sir.
22        Q.   Do you happen to know what her last name
23   is?
24        A.   What's her name?
25             MR. CORNFELD:  You're the witness.
```

1    THE WITNESS:  Oh, sorry.  No, I don't.

2    BY MR. WYLIE:

3        Q.    And do you remember when you spoke with

4    Caroline about this?

5        A.    Not really.  I want to say around like

6    '17, '18.

7        Q.    Do you remember --

8        A.    It's been a while.

9        Q.    Do you remember the time of the year?

10       A.    No, sir.

11       Q.    Do you remember what, specifically,

12   Caroline said to you about the vending machines?

13       A.    Sir?

14       Q.    Do you remember anything more about what

15   Caroline told you about the vending machines?

16       A.    She had asked me, did I notice they was

17   overcharging me, because how often I used the machine.

18   'Cause this was before I had knew -- before -- when I

19   was using my card.  Before I knew they was overcharging

20   me, I was using my card.

21            And she was like, well, this machine is

22   overcharging you.  She was like, 10 cents.  I'm like,

23   okay.  So I said, well, I just won't use my card

24   anymore; I'll use cash.  Because we were down here

25   together.  She was getting stuff or whatever, and she

1    was explaining to me.

2         Q.   And then did she say anything to you about

3    filing a lawsuit?

4         A.   Yes.

5         Q.   And what did she say?

6         A.   Sir?

7         Q.   What did she say?

8         A.   She said that we're going to try to do a

9    lawsuit for the simple fact that people be getting

10   charged over for using their cards instead of using

11   cash, and she said that's not right.  She said, 'cause

12   people work too hard for their money.

13        Q.   And did she then put you in touch with

14   Mr. Cornfeld?

15        A.   Yes, sir.

16        Q.   And when was the first time you spoke to

17   Mr. Cornfeld about filing a lawsuit?

18        A.   I can't really remember.

19        Q.   When you first spoke with Mr. Cornfeld,

20   did he contact you, or did you contact him?

21        A.   Sir?

22        Q.   When you first spoke with Mr. Cornfeld,

23   did he contact you, or did you contact him?

24        A.   Well, I guess once Caroline took my

25   statement, she had talked to Mr. Cornfeld, and he

Case 3:23-cv-00818-JAG-DCK   Document 260-2   Filed 11/10/23   Page 11 of 17

1      A.    Yes.

2      Q.    And this appears to describe purchases

3  here at 1010 Market Street.

4           Do you see that in Paragraph 29?

5      A.    Yes, sir.

6      Q.    If you could turn to the next page,

7  Page 9.

8           Paragraph 33 reads, "On or about March 18,

9  2018, Plaintiff Moore purchased a soft drink with a

10  displayed price of $1.50 from a machine owned and

11  operated by Defendant at 1010 Market."

12           Do you see that?

13      A.    Yes.

14      Q.    How did you know that you had made a

15  purchase on or about March 18, 2018?

16      A.    How did I know?

17      Q.    Yes.

18      A.    Because that was the day when -- that was

19  one of the days that Caroline told me to use my card to

20  see that I -- I was getting beat.

21      Q.    And when you say Caroline told you to use

22  your card, had you been using your card previous to

23  that?

24      A.    Sir?

25      Q.    Had you been using your card previously at

1    that machine?

2          A.    Yeah.

3          Q.    Prior to that date, how many purchases had

4    you made at the Canteen vending machines at

5    1010 Market?

6          A.    Oh, I don't know.  I don't know.

7          Q.    Do you know how much -- how -- how much

8    before then those machines had been installed here?

9          A.    No, sir.

10          Q.    So this purchase on March 18 was after

11    Caroline had told you that the machines were charging

12    an extra 10 cents?

13          A.    Yes, sir.

14                MR. CORNFELD:  Can I see?

15                THE WITNESS:  Uh-huh.

16    BY MR. WYLIE:

17          Q.    The next sentence in Paragraph 33 reads,

18    "He paid with his prepaid card.  Subsequently, he

19    received his prepaid statement, showing that Defendant

20    had charged his prepaid card $1.60 for this item."

21                Do you see that?

22          A.    Yes, sir.

23          Q.    Prior to March of 2018, were you in the

24    habit of reviewing your -- reviewing the charges on

25    your prepaid card?

1        A.     No, sir.

2        Q.     -- on the fifth floor?

3        A.     No, sir.

4        Q.     Okay.  Why not?

5        A.     Why so?

6        Q.     To save other people from getting charged

7   the 10 cents.

8        A.     No, sir.

9        Q.     Did you ever contact Canteen to complain?

10       A.     No, sir.

11       Q.     Why not?

12       A.     Sir?

13       Q.     Why not?

14       A.     That's what the attorney is for.

15       Q.     I'd like to have one more exhibit marked.

16   I think this is Exhibit 4.

17              [Exhibit 4 marked for identification.]

18   BY MR. WYLIE:

19       Q.     For the record, this is a group exhibit,

20   with documents labeled PL 000027 through PL 000046.

21   And these are various pictures of vending machines.

22              MR. CORNFELD:  Let me --

23              THE WITNESS:  Yes, sir.

24   BY MR. WYLIE:

25       Q.     If you look at the first page.  This is

1          Q.    Okay.  Mr. Moore, you can answer the

2     question.

3          A.    (Shaking head "no.")

4          Q.    Do you know how you would find out how

5     many other purchases you made with your prepaid card at

6     a Canteen vending machine?

7          A.    No, I wouldn't know, 'cause it's been so

8     long ago.  I don't -- I don't even have that card

9     anymore.  I have a different card, so I wouldn't know.

10         Q.    Do you know if you were charged more than

11    the posted price for every purchase you made at

12    Canteen's vending machines?

13         A.    With a card?  Yeah.

14         Q.    And how do you know that?

15         A.    Well, you check, and it show you.

16         Q.    But you only started checking with the

17    purchases in March and April 2018?

18         A.    When I started paying attention, yeah.

19         Q.    So for purchases made prior to that, you

20    don't know if you were overcharged or not?

21         A.    No.

22               MR. WYLIE:  Rick, if we could take a

23    break.  I think I can probably wrap up, but I want to

24    go through a few things.

25               MR. CORNFELD:  Okay.  Is that all right,

```
1      criminal charges against you?
2             A.    No, sir.
3             Q.    Have you been involved in any other
4      lawsuits?
5             A.    No, sir.
6             Q.    Nothing -- no personal injury cases?
7             A.    No, sir.
8                   MR. WYLIE:  I don't have anything further.
9                   THE WITNESS:  Okay.
10                  MR. CORNFELD:  I -- I just have a few.
11                            EXAMINATION
12     BY MR. CORNFELD:
13            Q.    Mr. Moore, you understand that, currently,
14     you are a plaintiff in this lawsuit --
15            A.    Okay.
16            Q.    -- correct?
17            A.    Correct.
18            Q.    Okay.  But you have asked to be dismissed
19     from the case?
20            A.    Yes.
21            Q.    All right.  And -- and that's because you
22     don't want to be a plaintiff in this case anymore --
23            A.    Right.
24            Q.    -- is that right?
25            A.    Yes, sir.
```

1 C E R T I F I C A T E

2

3 I, Jude Arndt, a Certified Shorthand

4 Reporter and Certified Court Reporter, do hereby

5 certify that GEORGE MOORE, prior to the commencement of

6 the examination, was sworn by me to testify the truth,

7 the whole truth and nothing but the truth.

8 I DO FURTHER CERTIFY that the foregoing is a

9 true and accurate transcript of the proceedings as

10 taken stenographically by and before me at the time,

11 place and on the date hereinbefore set forth.

12 I DO FURTHER CERTIFY that I am neither a

13 relative nor employee nor attorney nor counsel of any

14 of the parties to this action, and that I am neither a

15 relative nor employee of such attorney or counsel, and

16 that I am not financially interested in this action.

17

18

19

20 JUDE ARNDT, CSR, CCR, RPR

21 CSR NO. 084-004847

22 CCR NO. 1450

23

24

25