# Exhibit C

1
2          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF MISSOURI
3                    EASTERN DIVISION
4
5   GEORGE MOORE, et al., on        )
    of himself and all others      )
6   similarly situated,             )
                                    )
7      Plaintiffs,                  )
                                    ) Case No.
8   vs.                             ) 4:18-cv-01962-SEP
                                    )
9   COMPASS GROUP USA, INC., d/b/a)
    CANTEEN,                        )
10                                  )
       Defendants.                  )
11
12
13      VIDEO RECORDED DEPOSITION OF VIRGINIA CARTER
14            TAKEN ON BEHALF OF DEFENDANTS
15                  August 3, 2023
16
17
18            PAMELA G. WILLIAMS, RPR
19              MISSOURI CCR #880
20
21
22
23
24
25

1      A.  I believe I was not.  I don't know,

2  honestly.

3      Q.  Did you look at any documents in preparation

4  for the deposition today?

5      A.  No, I did not.

6      Q.  Do you know who George Moore is?

7      A.  Yes.

8      Q.  Did you speak to Mr. Moore about this

9  deposition?

10     A.  No.

11     Q.  Did you discuss your deposition with anyone

12  else?

13     A.  No.

14     Q.  Have you ever asked to -- have you ever been

15  asked to search for any documents related to the

16  case?

17     A.  Yes.  A while back I was supposed to, it was

18  about a maybe couple years ago, probably like four

19  or five, but I was supposed to find bank statements

20  and I was only able to find, like, a few.  And I had

21  given them to the Cornfeld's office.

22     Q.  Okay.

23     A.  But, yeah, there's probably only like maybe

24  three or four.  But I also was no longer banking

25  with them at the time.

1  remember something about being a class action

2  lawsuit, but other than that I don't remember

3  details.

4       Q.  Do you know you could have also filed an

5  action as an individual versus a class action?

6       A.  No, I did not.

7       Q.  And when was the last time, other than that,

8  the notice you received a few months ago, when was

9  the last time you spoke to counsel about the case?

10      A.  I want to say that was probably like the

11  last time I spoke.  I know, like, some people have

12  called my phone just to let me know that they wanted

13  to set something up, but dates weren't official

14  until recently.

15      Q.  Okay.  How about before that conversation

16  though about that notice, when was the -- the last

17  time you had a substantive conversation -- Ask it

18  this way.

19           When was the last time you had a

20  conversation about the substance of the lawsuit with

21  counsel?

22      A.  Want to say about when I handed those

23  documents, so probably about six years ago prior to

24  the few months ago.

25      Q.  And at some point in time you decided to

1   joked about Subway.  About what free sandwich we

2   were going to get that day.

3           MR. CORNFELD:  Free sandwich?

4           THE WITNESS:  Oh, yeah.  The owner used to

5   give me and him free sandwiches.  Because half the

6   time we weren't able to go anywhere for lunch and he

7   knew it, so he would provide us sandwiches if we

8   working that day.

9       Q.  (By Mr. Brotman) Have you ever been

10  convicted of a crime?

11      A.  No.

12      Q.  Are you aware of any pending criminal

13  charges against you?

14      A.  I have none.

15      Q.  So you're familiar with the Compass vending

16  machines that are at issue in this case?

17      A.  Known as Canteen, yes, but I didn't know

18  they went by Compass until I saw it on paper.  I

19  just know on the machine it said Canteen.

20      Q.  And you've purchased items from the Canteen

21  machines?

22      A.  Yes.

23      Q.  Where was the machine located?

24      A.  Fifth floor in a break room area.

25      Q.  And that was at 1010 Market Street in St.

1    Louis?

2         A.   Yes.

3         Q.   Did you -- you said there were two machines.

4    You said one drink machine and one snack machine,

5    right?

6         A.   Yes.

7         Q.   Did you make purchases from both?

8         A.   Yes.  That goes with the fact that I

9    couldn't leave the building to get anything, so we'd

10   have to use that machine.

11        Q.   And as far as you know, were the same

12   vending machines there for the duration of your

13   employment at that building?

14        A.   No, they got changed to -- they went with

15   some different company prior to me leaving where you

16   had to, they gave you this little card thing and you

17   had to add money to it and then you would go and

18   you'd pick items from the machine.  There -- they --

19   it was almost like a weird cafeteria type thing, but

20   you, it was still some sort of vending machine, but

21   I can't remember who they went with.

22        Q.   And was there, those weird vending machines

23   that you were just describing, was there a screen on

24   there that would tell you what you're purchasing?

25        A.   That, I don't remember.  I want to say

1   maybe.  I just remember that you would, you could

2   look through the screen or look through this machine

3   that you just put in the item and you just pick out

4   you want.  But I don't remember if it had a full

5   interface screen or not.

6       Q.  Okay.  Do you remember approximately when

7   those were installed as compared to when you left

8   working at the building?

9       A.  I want to say maybe five, maybe six months

10  before I left that they started doing that.  And, of

11  course, everything was more expensive.  I think it

12  was like two dollars and something for a drink after

13  that.

14      Q.  Did you continue to purchase items even

15  after they changed it to this new machine?

16      A.  I did.

17      Q.  Does the name was it a Market Place machine

18  or something like that, does that help refresh your

19  recollection at all?

20      A.  That sounds, yeah, that sounds familiar.

21      Q.  Are you aware of any other Canteen machines

22  that you may have made purchases from?

23      A.  In the same building or for somewhere else?

24      Q.  Anywhere else.  Or in the same building.

25      A.  Yes, for when I worked for Verizon, I bought

1  drinks out of their machine.  And sometimes Walmart.

2  Pretty much wherever there's a soda machine if, I

3  sometimes just get soda out of it if I'm just there.

4  Malls, doesn't matter.

5      Q.  And do you know if those are -- are Canteen

6  machines or --

7      A.  I don't know.  I want to say -- I want to

8  say the one in Verizon might be, but I'm not a

9  hundred percent sure.  Theirs was located on a, I

10 want to say second, maybe third floor.

11     Q.  Do you know if when you made purchases from

12 those other machines you were charged ten cents

13 extra for using a credit or debit card?

14     A.  Yes.

15     Q.  And do you know if there was any signs or

16 notices on those machines about that ten cent

17 charge?

18     A.  Verizon does not have a -- does not have

19 theirs labeled.  Now, I don't know if that's changed

20 since I left, but theirs is not labeled last time I

21 was there.

22     Q.  Do you recall approximately how many

23 purchases you would have made out of the machines at

24 1010 Market -- Market Street?

25     A.  A lot.  I don't remember all of them, but I

1  do remember quite frequently going up there because
2  part of the reason why we weren't allowed to leave
3  anywhere.  So instead of having to buy out and have
4  it delivered all the time, we'd go up to the vending
5  machine because it was cheaper.
6      Q.  And what types of items would you get from
7  the vending machine?
8      A.  Chips and soda.  Mostly Mountain Dew when it
9  came to soda.  Chips, variety.
10     Q.  How would you pay for the purchases?
11     A.  Mostly credit card, but then when I had cash
12  I'd use that.
13     Q.  Can you estimate how many times you would
14  use a credit or a debit card versus cash?
15     A.  More frequently, than not.  I don't remember
16  all the times, but mostly I would always use credit
17  card but I hardly -- hardly ever carried cash.
18  Being in downtown St. Louis, you really don't want
19  to carry cash.
20     Q.  Okay.  And was it convenient when you were
21  able to use a credit or debit card?
22     A.  Yes.  Yeah, just, basically, swipe and go.
23     Q.  And that was kind of a feature that was
24  beneficial to you, right, that you can swipe and go,
25  you didn't have to carry cash, right?

1     A.  Right.

2     Q.  And was that worth paying ten cents extra to

3 you?

4     A.  Honestly, I -- no.  I think it should have

5 just still been the same price.  A dollar for that.

6 I mean, I've come recently to find out why they do

7 it, but to me it should have been labeled.  Only

8 because my mom owns a bar and she started having to

9 charge for credit cards because of the fact that

10 she's paying a fee every year.  But she also put a

11 sign up saying that she was doing that so customers

12 when they came in know.

13     Q.  Would you say you would make a purchase at

14 the vending machines once a week, once a month,

15 every day?

16     A.  Mostly every day.  There's probably only a

17 few times a day -- or a few times in the week that I

18 probably wouldn't make a purchase out of there but,

19 mostly, that was what I would do.

20     Q.  When did you learn that you were being

21 charged ten cents extra for the use of a credit or

22 debit card?

23     A.  Honestly, after it was mentioned.  I never

24 paid attention to any of my bank statements.  And

25 then that same -- I do remember that same evening

Case 3:23-cv-00818-JAG-DCK   Document 260-3   Filed 11/10/23   Page 10 of 21

1   going up there and then seeing that after you swipe

2   the card, picked your item and then there was a ten

3   cent thing at the end.  But I never paid that

4   attention.  I just put my money in, wait for mine to

5   come out and walk away.

6       Q.  So tell me about that.  When you, tell me

7   about it.  When you would make the purchase and it

8   would say ten cents --

9       A.  Uh-huh.

10      Q.  -- charge on the screen?

11      A.  Yep.  Yeah, it'd be i the small little box.

12      Q.  And that was the payment box that you're

13  describing?

14      A.  Yes.  Yeah, it was right at the end after

15  you made the purchase which, like I said, I never

16  paid attention until after I was told.  Because I

17  hardly ever looked at my bank statements.  I usually

18  just looked on my phone to see how much money was in

19  my account because I figured who cares if -- if

20  something doesn't look like to me in my account,

21  then I called the bank then.

22      Q.  Okay.  You described this person who told

23  you about the ten cent charge.  Do you recall when

24  that -- when you were told that by her?

25      A.  Definitely when I was working 1010 Market

1   still.  I want to say that was maybe three, maybe
2   four months before I signed off some paper that came
3   by my desk.  I just remember she mentioning it and
4   saying that she wants to do something about it.
5       Q.  Okay.  Well, you said that they switched the
6   machines out about whatever, what was it, three to
7   four months before you left?
8       A.  Right.
9       Q.  Okay.  And so about how many months before
10  that was it that you learned about the ten cent
11  charge?
12      A.  I want to say it was about almost a year
13  prior, but I want to say -- maybe not that long, but
14  it felt like a year.
15      Q.  Okay.  So about --
16      A.  I want to say maybe six, maybe seven months,
17  somewhere around there.  Might have been eight.
18      Q.  So somewhere between six months to a year
19  before the machines were switched out?
20      A.  Uh-huh.
21      Q.  Yes?
22      A.  Yes.  Sorry.
23      Q.  That's okay.  Did you help prepare the
24  complaint that was filed in this case with your name
25  on it as a plaintiff?

Veritext Legal Solutions
www.veritext.com                                                888-391-3376
Case 3:23-cv-00818-JAG-DCK    Document 260-3    Filed 11/10/23    Page 12 of 21

1    If you disagree with it --

2         MR. CORNFELD:  No, I agree with what her

3    testimony was earlier, she said --

4         MR. BROTMAN:  Then it will reflect what her

5    testimony was earlier.

6    Q.  (By Mr. Brotman) So after you retained

7    counsel and decided to become a plaintiff in this

8    action, you continued to make purchases, right?

9    A.  Yes.

10    Q.  Again, looking at the -- the document in

11    front of you, Exhibit 4, looks like the first item

12    listed is October 6th, 2017, right, the first

13    purchase?

14    A.  Yes.

15    Q.  And the last one is May 16, 2018?

16    A.  Yes.

17    Q.  Did you make any purchases prior to the

18    October, 2017 date?

19    A.  I most likely did, I just didn't have

20    documentation of it because I only had those bank

21    records saved.  It is just these.  The rest of them

22    I either didn't print them out or I just never did

23    get them in the mail.  Somebody else snagged them

24    before I could get to them.

25    Q.  And your -- the last purchase listed was,

1 again, 2018.  Does that help refresh your

2 recollection as to when you may have left 1010

3 Market?

4     A.  Yes.  I want to say I definite -- I probably

5 left that year, most likely.

6     Q.  In 2018?

7     A.  Uh-huh.

8     Q.  Yes?

9     A.  Yes.

10    Q.  So, the -- the May -- Well, strike that.

11              So do you recall whether or not you

12 left in May of 2018?

13    A.  I want to say it wasn't exactly May because

14 I -- because that's when they were -- they had those

15 new machines put in.  And these -- those, the new

16 machines were not on those bank statements, I do

17 remember that.  So I want to say it was probably

18 close to, like, the end of the year.  I want to say

19 probably maybe October, maybe November.  I do

20 remember it was starting to get cold.

21    Q.  Okay.  So were any purchases made at the

22 vending machines at 1010 Market after May 16, 2018?

23    A.  Yes.

24    Q.  And why are those not included in this

25 complaint?

1   A.   Because I didn't have those bank statements.

2   Those were most likely intercepted by my foster

3   parents.  Because they would intercept everything

4   that came in the mail.  Which is part of the reason

5   why I was in the process of trying to get away from

6   them.

7   Q.   Other than the complaints that were sent to

8   you, do you recall receiving or reading any other

9   documents that were filed or presented in this case?

10   A.   Just the ones I want to say I was received

11   recently, which I have, I want to say I have one in

12   the car, but I didn't look at it.

13   Q.   Okay.  And you said recently.  You mean

14   within the last month or two?

15   A.   Couple days.  I received something yesterday

16   prior to this.

17   Q.   Once you became aware that you were being

18   charged an extra ten cents to use a debit or credit

19   card at the vending machines, did you tell anyone

20   else at your place of work or place of business

21   about that charge?

22   A.   No, I didn't.  I figured, I figured people

23   were probably already told or already seen it.

24   Yeah.  No, when I was employed, I was told to not to

25   really speak to many people in the building.  It was

1     Q.  Taking a look at PL 45 and 46 of Exhibit 5.

2     A.  Okay.

3     Q.  Do you see the, below the connect sticker

4  there is a label there that says the prices

5  displayed on this machine are ten cents lower than

6  the retail place and are available on cash purchases

7  only?

8     A.  Yes.

9     Q.  Did I read that accurately?

10    A.  It did not, at the time when I was

11  originally making purchases, that was not there.

12    Q.  Okay.  And we'll get -- I'm not trying to

13  suggest it was.  But did I read --

14    A.  Oh.

15    Q.  -- I just want to make sure I read the

16  context into the record correctly.

17    A.  Yes.

18    Q.  Okay.  So, do you know when -- Well, strike

19  that.

20           Okay.  So you just said that those

21  were not, that sticker was not there when you made

22  purchases, right?

23    A.  Right.

24    Q.  Okay.  Do you know when that sticker may

25  have been applied?

Case 3:23-cv-00818-JAG-DCK    Document 260-3    Filed 11/10/23    Page 16 of 21

1    A.  Definitely after the, after signing

2  something.  So, eventually, there was a sticker put

3  on, I just don't remember when.

4    Q.  Sometime before you left 1010 Market?

5    A.  Yes.  Because I remember them switching out

6  those machines prior to me leaving.

7    Q.  So -- Right.  So that's a good point.  So

8  even -- so this was applied before they even

9  switched out the machines?

10    A.  Yes.  Yeah, no, they sold the building to a

11  new owner and the new owner wanted to switch

12  everything out.  Because she wanted to provide more

13  healthy choices for the people working there.  That

14  way they had some more -- somewhat of a variety

15  instead of just chips and chips -- chips and soda.

16    Q.  Do you recall how many months prior to them

17  switching out machines that you saw this sticker?

18    A.  I want, maybe five, five months.  It wasn't

19  that long.

20    Q.  All right.  We'll go to Exhibit 6.

21          (Whereupon, Defendant's

22          Deposition Carter Exhibit No. 6

23          was marked for identification by

24          the reporter.)

25    Q.  (By Mr. Brotman) Okay.  Now I'll show you

1    Q.  Does that help refresh your recollection as

2  to when you provided bank statements?

3    A.  Yes.

4    Q.  So when do you think that occurred?

5    A.  I want to say I probably provided them

6  probably three days later.  Because I was -- because

7  I just told them I said, I have what I -- I can

8  provide what I have, but I said other than that, I

9  can't provide anything because I didn't have a car,

10  so it's not like I could even get to the bank.

11    Q.  So tell me what you did to locate any

12  documents?  What did you look for?

13    A.  Just bank statements that I already had

14  lying around that I was able to snag up before

15  foster parents could get to them.  And that's the

16  ones that you see in the file.  That's the only ones

17  I was able to acquire.

18    Q.  Were you asked to locate any other

19  documents?

20    A.  I was.  I just -- I told him I wasn't --

21  that, most likely, would not be an option.  I could

22  not get to a bank to locate to get to all of them.

23    Q.  But that was other bank statements you were

24  asked about?

25    A.  Yes.

1     Q.  Are there any other types of documents that

2  you were asked to locate or look for?

3     A.  No, just bank statements.

4     Q.  Did you try to go on line to look for any

5  bank statements?

6     A.  The problem with that bank is that they

7  didn't really have an on line section at the time.

8  I mean, they were, it was just a local bank.  They

9  weren't really set up.  It was just some free

10  banking and I was like, sweet, I'll take it.  They

11  didn't really have much for like on line or anything

12  like that.

13              You could just go on line to see what

14  your bank statement is for that day, but you

15  couldn't -- or how much is in your account, but you

16  couldn't really look up previous accounts, which is

17  kind of the same thing I'm doing right now.  I

18  can -- if I go on my bank account right now, I can

19  look to see how much is in there, I just can't look

20  to see previous purchases.

21     Q.  Okay.  There's -- okay.  So at the time when

22  you were asked to look for bank statements, you did

23  try to get on line to find some, but you just could

24  not is that what you're saying?

25     A.  Yes.

1    Q.  Take a look at request number one there on

2    the first page of Exhibit 6.  Seeking the production

3    of all documents relating to or evidencing purchases

4    made by you at the machines; do you see that?  It's

5    the very first one, the first page right below

6    request to produce number one.

7    A.  Oh, okay.  Yes, now I see it.

8    Q.  Okay.  And do you have any other records or

9    do you maintain any other records other than bank

10   statements that would show your purchases from

11   vending machines?

12   A.  No, I do not.

13   Q.  And your response there to number one, you

14   said, "See documents Bates stamped PL 1 through PL

15   17"?

16   A.  Yes.

17   Q.  Okay.  I'll just confirm with the proper

18   documents here, Exhibit 7.

19                    (Whereupon, Defendant's

20                    Deposition Carter Exhibit No. 7

21                    was marked for identification by

22                    the reporter.)

23   Q.  (By Mr. Brotman) This is a group exhibit of

24   bank statements.  Do you see -- Is that right -- is

25   that right?  Is that a exhibit of bank statements?

```
 1              CERTIFICATE OF REPORTER

 2         I, Pamela G. Williams, Certified Shorthand

 3     Reporter, within and for the State of Missouri,

 4     do hereby certify that the witness whose

 5     testimony appears in the foregoing deposition

 6     was duly sworn by me; the testimony of said

 7     witness was taken by me to the best of my

 8     ability and thereafter reduced to typewriting

 9     under my direction; that I am neither counsel

10     for, related to, nor employed by any of the

11     parties to the action in which this deposition

12     was taken, and further that I am not a relative

13     or employee of any attorney or counsel employed

14     by the parties thereto, nor financially or

15     otherwise interested in the outcome of the

16     action.

17
                          Pamela G. Williams
18                     _____

19                     Certified Shorthand Reporter

20                     within the State of Missouri

21

22

23

24

25
```