# Exhibit 5



From: Richard S. Cornfeld <rick@ghalaw.com>
Sent: Friday, April 14, 2023 11:44 AM
To: Wylie, Joseph <joseph.wylie@klgates.com>
Cc: robert@aswtlawyers.com; Anthony Jenkins <anthony@aswtlawyers.com>; Daniel S. Levy <daniel@ghalaw.com>; Roxanna K. Laswell <roxie@ghalaw.com>
Subject: RE: Moore v. Compass Group/Deposition of George Moore

**External Sender:**

Joe –

I spoke to George yesterday. Unfortunately, he will not be in a position to have his deposition taken next week. After that, I will be out of the country until May 17. But I can offer you any day between May 18 and 24. Because I will be out of my former firm's office then, you can schedule it wherever you wish in the St. Louis area. If you'd like, my new firm's downtown office at 500 N. Broadway is available. Also, you can schedule it to begin whenever you wish during regular business hours.

As for Frances Jaye (Ivery), we have confirmed that the vending machine purchase that she thought was in Dallas actually occurred in Atlanta. We have also been unable to confirm any other card purchase by her from a Canteen machine. Therefore, we will have to dismiss her claim. I will send you a stipulation.

Rick

From: Richard S. Cornfeld <rick@ghalaw.com>
Sent: Wednesday, April 12, 2023 10:35 AM
To: Wylie, Joseph <joseph.wylie@klgates.com>
Subject: RE: Moore v. Compass Group/Deposition of George Moore

Working on it. Hope to have possible dates by the end of the week.

From: Wylie, Joseph <joseph.wylie@klgates.com>
Sent: Tuesday, April 11, 2023 4:49 PM
To: Richard S. Cornfeld <rick@ghalaw.com>
Subject: RE: Moore v. Compass Group/Deposition of George Moore

Rick, can you provide dates for Mr. Moore's deposition?

1

Case 3:23-cv-00818-JAG-DCK    Document 261-5    Filed 11/10/23    Page 2 of 5

**From:** Richard S. Cornfeld <rick@ghalaw.com>
**Sent:** Wednesday, April 5, 2023 10:46 AM
**To:** Wylie, Joseph <joseph.wylie@klgates.com>
**Subject:** RE: Moore v. Compass Group/Deposition of George Moore

Yes. I plan to call him tomorrow in the hope that his mother will be doing well.

**From:** Wylie, Joseph <joseph.wylie@klgates.com>
**Sent:** Wednesday, April 5, 2023 10:42 AM
**To:** Richard S. Cornfeld <rick@ghalaw.com>
**Cc:** robert@aswtlawyers.com; Anthony Jenkins <anthony@aswtlawyers.com>; Daniel S. Levy <daniel@ghalaw.com>
**Subject:** RE: Moore v. Compass Group/Deposition of George Moore

Rick:

Please let me know what dates are available for Mr. Moore's deposition. I suggest that we push it out a week or two in order to account for his mother's recent surgery.

Joe

**From:** Richard S. Cornfeld <rick@ghalaw.com>
**Sent:** Tuesday, April 4, 2023 8:43 AM
**To:** Wylie, Joseph <joseph.wylie@klgates.com>
**Cc:** robert@aswtlawyers.com; Anthony Jenkins <anthony@aswtlawyers.com>; Daniel S. Levy <daniel@ghalaw.com>
**Subject:** RE: Moore v. Compass Group/Deposition of George Moore

Yes, I just spoke to him. He can't do the dep today. His mom's surgery lasted until 9:00 last night, and she is still in the observation unit. She is not out of the woods yet. He is leaving work today at noon to be with her and will be with her into the night.

I hope you understand that I am really sorry about this. Please let me know right away about whether you plan to go forward with the mediation tomorrow. As I mentioned yesterday, Mike and Robert have flights to STL this morning and need to know before they head to the airport.

If you would like to talk about it, please call me at 314-608-6318.

Rick

**From:** Wylie, Joseph <joseph.wylie@klgates.com>
**Sent:** Tuesday, April 4, 2023 8:00 AM
**To:** Richard S. Cornfeld <rick@ghalaw.com>
**Cc:** robert@aswtlawyers.com; Anthony Jenkins <anthony@aswtlawyers.com>; Daniel S. Levy <daniel@ghalaw.com>
**Subject:** RE: Moore v. Compass Group/Deposition of George Moore

Rick, any word from your client?

**From:** Richard S. Cornfeld <rick@ghalaw.com>
**Sent:** Monday, April 3, 2023 2:47 PM
**To:** Wylie, Joseph <joseph.wylie@klgates.com>
**Cc:** robert@aswtlawyers.com; Anthony Jenkins <anthony@aswtlawyers.com>; Daniel S. Levy <daniel@ghalaw.com>
**Subject:** RE: Moore v. Compass Group/Deposition of George Moore

Joe, I just spoke to Mr. Moore for the second time today. His mother is in surgery right now. This morning he called me (about an hour before she was to go into surgery) and said his "mind isn't right" because he was so worried and wanted to cancel the dep for tomorrow. I persuaded him to hold off until we see how she is because, God willing, she'll do fine and he'll feel better.

When he told me a few minutes ago that she was still in surgery, I told him not to think about the dep for the time being, be with his mom tonight, and I'd call him in the morning to see how things stood.

I think the chances are that he won't be able to do the dep tomorrow. I know one of your first questions in the dep will be, "Is there any reason why you can't give truthful and complete testimony today?" If he feels tomorrow as he does today, his answer would be, "Yes," and that would end the deposition.

Still, I'm hopeful his mother will come through the surgery well and he'll be able to do the dep. He knows how important it is. I'll speak to him first thing tomorrow and let you know what he says. I expect that will be by 8:00 or 8:30.

However, as I said there is a good chance we'll have to cancel again. If we do have to cancel, I hope that doesn't mean you'll call off the mediation. But Mike and Robert have morning flights from LA to St. Louis tomorrow, so will you commit to letting us know whether you are going to cancel as soon as I tell you about the dep?

If you would like to talk about this, I am free the rest of the afternoon.

Finally, since once again you mentioned our request that you take the deposition on a Saturday, I have to repeat what I said to you last week. We were baffled and disappointed that you wouldn't agree to it since I am sure that, like most lawyers, you (referring collectively to your team of lawyers) work many Saturdays. However, that is water under the dam, and we need to go forward.

Rick

**From:** Wylie, Joseph <joseph.wylie@klgates.com>
**Sent:** Friday, March 31, 2023 11:26 AM
**To:** Richard S. Cornfeld <rick@ghalaw.com>
**Cc:** robert@aswtlawyers.com; Anthony Jenkins <anthony@aswtlawyers.com>
**Subject:** Moore v. Compass Group/Deposition of George Moore

Rick:

We hereby request that Plaintiffs confirm at the close of business on Monday, and again Tuesday morning by 9am, that the deposition of Mr. Moore will proceed on Tuesday.

As you know, we have been trying to schedule Mr. Moore's deposition for roughly five months. That has been hindered by extensive delays in your office responding to our requests for acceptable deposition dates, and by your initial

3

insistence that Mr. Moore could only be deposed on weekends. After we agreed to a compromise on both the timing and location of Mr. Moore's deposition, he has now cancelled his scheduled deposition twice (including cancelling yesterday's deposition on less than two hours' notice, after I had incurred the expense and inconvenience of traveling to St. Louis). We understand that Mr. Moore has informed you that he has been attending to relatives with health issues, and we are sympathetic to that. However, Mr. Moore is not only suing on his own behalf; he is seeking to represent a class. If Mr. Moore is unable to fulfill his duties as a class representative, then he should not be pursuing this action in a representative capacity.

Moreover, we have informed you repeatedly that Compass will not be in a position to engage in mediation until it is able to depose all putative class representatives. If we are unable to depose Mr. Moore before Wednesday's mediation, we reserve the right to cancel the mediation, and in that event you will bear all costs of cancelling and rescheduling the mediation.

Finally, in light of the above, your repeated request to me yesterday that I travel to St. Louis for the deposition a day early on Monday to accommodate your plans to attend a baseball game with your co-counsel on this case is inappropriate.



**Joseph C. Wylie II**
K&L Gates LLP
70 W. Madison Street, Suite 3100
Chicago, IL  60602
312.807.4439
joseph.wylie@klgates.com
www.klgates.com



This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Joseph.Wylie@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Joseph.Wylie@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Joseph.Wylie@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distr bution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Joseph.Wylie@klgates.com.