# Exhibit 13

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
COUNTY OF DAVIDSON          SUPERIOR COURT DIVISION
                                            FILE NO.: 22-CVS-2576

JOSEPH WHITAKER, on behalf of himself
and all others similarly situated,

         Plaintiff,                         **ORDER**

v.

COMPASS GROUP USA, INC., D/B/A
CANTEEN,

         Defendant.



DAVIDSON COUNTY
FILED
AUG 03 2023
11:44 A M
CLERK OF SUPERIOR COURT

THIS MATTER is before the Court upon Defendant Compass Group USA, Inc.'s ("Compass") Unopposed Motion to Stay Proceedings ("Motion") in the above-captioned matter. Through the Motion, Compass requests that the Court enter an order staying further proceedings in this matter until such time as the putative class action styled *Moore v. Compass Group USA, Inc.*, Case No. 4:18-cv-01962-SEP (Hon. Sarah E. Pitlyk, presiding) against Compass has been concluded.

THE COURT, having considered the Motion, the consent of the Parties, and other appropriate matters of record, concludes, in its discretion, that good cause exists to GRANT the Motion. THEREFORE, IT IS ORDERED that the Motion is GRANTED.

SO ORDERED, this the 3rd day of August, 2023.

_____