**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:23-CV-818-RJC-DCK**

| | | |
|---|---|---|
| **GEORGE MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMPASS GROUP USA, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiff's Motion For Sealing" (Document No. 256) filed October 13, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

It appears that the instant motion was filed about a month before this case was transferred to this Court from the United States District Court for the Eastern District of Missouri. The motion was filed pursuant to the Local Rules of the Missouri court, and requested sealing of certain documents "until Defendant files a motion for continued sealing or five days from the filing of this motion, whichever first occurs." (Document No. 256, p. 1). It has now been well over five days since the motion to seal was filed, and there does not seem to be "a motion for continued sealing" by Defendant.

Under these circumstances, the undersigned will respectfully deny the pending motion, without prejudice to either side filing a renewed motion to seal pursuant to the Local Rules of this Court, including LCvR 6.1(c) and 7.1(b).

**IT IS, THEREFORE, ORDERED** that "Plaintiff's Motion For Sealing" (Document No. 256) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Document No. 257 shall remain **SEALED** until otherwise ordered by the Court.

**SO ORDERED**.

Signed: December 7, 2023

David C. Keesler
United States Magistrate Judge