**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:23-CV-818-RJC-DCK**

| | | |
|---|---|---|
| **GEORGE MOORE,  et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMPASS GROUP USA, INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 274) filed by Marla T. Reschy, concerning Joseph C. Wylie II, on December 8, 2023.  Joseph C. Wylie II seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 274) is **GRANTED**.  Joseph C. Wylie II is hereby admitted *pro hac vice* to represent Defendant.

     **SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge