IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-818-RJC-DCK

| | |
|---|---|
| GEORGE MOORE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) ORDER |
| COMPASS GROUP USA, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 275) filed by Marla T. Reschy, concerning Paul W. Sweeney, Jr., on December 8, 2023. Paul W. Sweeney, Jr. seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 275) is **GRANTED** Paul W. Sweeney, Jr. is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 10, 2023

David C. Keesler
United States Magistrate Judge