IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-818-RJC-DCK

| | |
|---|---|
| GEORGE MOORE, et al., | )<br>) |
| Plaintiff, | )<br>) |
| v. | )    **ORDER**<br>) |
| COMPASS GROUP USA, INC., | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 282) filed by Daniel D. McClurg, concerning Kenn Brotman, on December 13, 2023. Kenn Brotman seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 282) is **GRANTED**. Kenn Brotman is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: December 13, 2023

David C. Keesler
United States Magistrate Judge