UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| GEORGE MOORE and JAMES JILEK, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> COMPASS GROUP USA, INC., D/B/A CANTEEN, <br><br> Defendant. | Case No. 3:23-cv-00818-RJC-DCK |

## JOINT MOTION FOR CONSENT ORDER RE PENDING MOTIONS

Plaintiff James Jilek ("Plaintiff"),[1] pursuant to Federal Rule of Civil Procedure ("FRCP") and the Local Rules of this Court, respectfully files this joint motion to enter the attached Consent Order Re Pending Motions, *i.e.*, Plaintiff's Motion for Class Certification, ECF No. 257-1, and Defendant's Motion to Strike, ECF No. 262, and in support thereof state as follows:

1. Plaintiff and Defendant Compass Group USA, Inc. ("Defendant"), having negotiated in good faith, submit herewith a proposed Consent Order Re Pending Motions ("Consent Order") for the Court's review and consideration. See proposed Consent Order, attached hereto as Exhibit "1."

2. While this case was pending in the Eastern District of Missouri, the following motions were filed and remain pending: Plaintiff's Motion for Class Certification (ECF No. 257-1) and Defendant's related Motion to Strike (ECF No. 262). Because the case was pending in a

---

[1] Plaintiff George Moore was dismissed by Judge Pitlyk of the Eastern District of Missouri in her Memorandum and Order of 11/15/23, ECF No. 263, at 1. He should therefore be removed from the list of parties in Pacer and from the case caption.

1

district court in the Eighth Circuit, the motions were briefed under the case law in the Eighth Circuit.

3. On November 15, 2023, the district court in which this case was pending ordered, inter alia, the case transferred to this Court, and the case was transferred to this Court on December 1, 2023.

4. Now that the case has been transferred to this Court, the motions will be governed in part by case law in the Fourth Circuit and therefore need to be re-briefed under that case law.

5. The proposed Consent Order allows the pending motions to be re-briefed under Fourth Circuit law. Under the proposed Consent Order, the Motion for Class Certification (ECF No. 257-1) and Motion to Strike (ECF No. 262) are withdrawn and the motion for class certification shall be refiled no later than 30 days from the date of this order; Defendants' response brief to the motion for class certification and Defendant's motion to strike are due 30 days after the class certification motion is filed; Plaintiff's reply brief in support of the motion for class certification and responsive brief to the motion to strike are due 30 days thereafter; Defendant's reply brief in support of its motion to strike is due 21 days thereafter;[2] with a hearing date on the motions to be set by the Court. In addition, with respect to the motion for class certification, the page limits in effect under the Case Management Order in the transferor Court remain in effect (40 pages for the principal briefs; 25 pages for the reply brief); page limits for the other motion will be governed by the local rules of this Court.

6. The undersigned counsel has conferred with the Defendants' representative, attorney Nicole C. Mueller, concerning the relief requested herein, and she has authorized the undersigned counsel to represent to the Court that the Defendant joins in the filing of this motion.

WHEREFORE, Plaintiff Moore James Jilek and Defendant Compass Group USA, Inc.

---

[2] The parties do not intend for any deadline to fall on a weekend or legal holiday. Pursuant to FRCP 6(1)(c), if the last day of the period is a Saturday, Sunday, or legal holiday, the period will continue to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

respectfully request that this Court enter the proposed Consent Order Re Pending Motions and provide any additional relief as this Court deems just and appropriate.

Dated: December 13, 2023

Respectfully submitted,

By: /s/ *Martin A. Ramey*
Joel R. Rhine, NC SBN 16028
Martin A. Ramey, NC SBN 33617
**RHINE LAW FIRM, P.C.**
1612 Military Cutoff, Suite 300
Wilmington, NC 28403
910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.c

Richard S. Cornfeld, pro hac vice
**GOLDENBERG HELLER & ANTOGNOLI, P.C.**
2227 S. State Route 157
Edwardsville, Illinois 62025
618.656.5150
rick@ghalaw.com

Mike Arias, pro hac vice
M. Anthony Jenkins, pro hac vice
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
(310) 844-9696
mike@aswtlawyers.com
anthony@aswtlawyers.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2023, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

*/s/ Martin A. Ramey*
