IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-818-RJC-DCK

| | |
|---|---|
| GEORGE MOORE and JAMES JILEK, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| COMPASS GROUP USA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Jilek's "Unopposed Motion For Order Extending Due Date For Plaintiff's Response To Defendant's Motion To Strike" (Document No. 286) filed December 28, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff Jilek's "Unopposed Motion For Order Extending Due Date For Plaintiff's Response To Defendant's Motion To Strike" (Document No. 286) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs shall file a response to "Defendant's Motion To Strike" (Document No. 262) within seven (7) days of the Court's ruling on the parties' pending "Joint Motion For Consent Order Re Pending Motions" (Document No. 285).

**SO ORDERED**.

Signed: December 29, 2023

David C. Keesler
United States Magistrate Judge