IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al.,* on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COMPASS GROUP USA, INC., D/B/A Canteen <br><br> Defendant. | Case No. 3:23-cv-00818-RJC-DCK |

**COMPASS GROUP USA, INC.'S MOTION TO COMPEL
PLAINTIFFS BALDWIN AND BORRERO'S DISCOVERY RESPONSES**

In accordance with Rules 26 and 37 of the Federal Rules of Civil Procedure, Defendant Compass Group USA, Inc., d/b/a Canteen ("Compass") moves (1) to compel Plaintiff Brian Baldwin to fully respond and produce documents responsive to Compass Group USA, Inc.'s First Request for Production of Documents to Brian Baldwin ("Compass' RFPs to Baldwin") served by Compass on June 14, 2023; (2) to compel Plaintiff Andres Borrero to fully respond and produce documents responsive to Compass Group USA, Inc.'s First Request for Production of Documents to Andres Borrero ("Compass' RFPs to Borrero") and First Interrogatories to Andres Borrero ("Compass' ROGs to Borrero") served by Compass on June 16, 2023; and (3) to compel Plaintiffs Brian Baldwin and Andres Borrero to appear for a deposition.

In support of its Motion, Compass has submitted its Brief in Support, which shows the Court the following:

1. Plaintiffs Baldwin and Borrero seek to represent a putative nationwide class seeking to recover millions of dollars in damages for Compass' alleged failure to disclose a ten-cent charge for utilizing a credit or debit card to purchase items from Compass' vending machines. On June

14 and 16, 2023, Compass propounded written discovery on both Plaintiffs in an effort to discover, among other things, what, if any, purchases Plaintiffs purportedly made from the vending machines at issue in this case, how many purchases were made, the amounts charged for each purchase, and whether Plaintiffs were aware of, or had knowledge of, any alleged surcharge for each purchase. Compass has also requested the depositions of Borrero and Baldwin. Plaintiff Baldwin has failed to fully respond to discovery and Plaintiff Borrero has failed to provide any response at all. Neither have provided their availability for a deposition. Without this discovery, Compass is unable to determine the accuracy of Plaintiffs' claims, or whether Plaintiffs are adequate and proper putative class representatives.

2. As described in Compass' Brief in Support, counsel for Compass has attempted to confer with Plaintiffs' counsel regarding these issues on numerous occasions, including through communications on July 18, 2023, August 18, 2023, and January 4, 2024.

3. As of the date of this filing, Plaintiffs Baldwin and Borrero have not produced any responsive documents, moved to dismiss their claims, or provided available dates for their depositions. Plaintiffs have rebuffed all of Compass' attempts to obtain discovery related to their claims, leaving Compass with no choice but to file this Motion to Compel.

4. The discovery sought is reasonably calculated to lead to admissible, non-privileged evidence.

5. Compass is entitled to Plaintiffs' complete responses to its interrogatories and requests for production and is entitled to depose Plaintiffs regarding their allegations in the complaint.

6. By utterly failing to respond in any fashion to any of the written discovery, Plaintiff Borrero, in particular, has waived his right to object to the outstanding discovery requests.

7. If Plaintiffs Baldwin and Borrero fail to fully respond to Compass' discovery requests and appear for their depositions, or fail to withdraw their claims by February 29, 2024, then the Court should order their dismissal from the case as named plaintiffs.

**WHEREFORE,** for the foregoing reasons and for the reasons set forth in the contemporaneously filed Brief in Support, Compass requests that the Court:

    a. Grant its Motion to Compel in its entirety;

    b. Order Plaintiffs Baldwin and Borrero to produce documents responsive to Compass' RFPs by February 29, 2024;

    c. Order Borrero to answer Compass' ROGs to Borrero by February 29, 2024;

    d. Order Baldwin and Borrero to appear for a deposition on or before February 29, 2024;

    e. Find that Borrero's failure to timely and completely respond to discovery has resulted in a waiver of any objections he may have;

    f. Dismiss Plaintiffs' claims should Plaintiffs fail to fulfill their discovery obligations by February 29, 2024; and

    g. Award such and other further relief as may be just and proper.

Dated: January 30, 2024

Respectfully submitted,

By: */s/ Joseph C. Wylie II*
Joseph C. Wylie II, 6270852IL
*(Pro Hac Vice)*
Nicole C. Mueller 6309735IL
*(Pro Hac Vice)*
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Tel: (312) 372-1121
Fax: (312) 827-8000

joseph.wylie@klgates.com

Paul W. Sweeney Jr., 112511CA
*(Pro Hac Vice)*
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
paul.sweeney@klgates.com
Secondary:
litigation.docketing@klgates.com

*Attorneys for Compass Group USA, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on **January 30, 2024**, which will serve all counsel of record.

                                                */s/ Joseph C. Wylie II*