UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, et al., on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:23-cv-00818-RJC DCK ) |
| COMPASS GROUP USA, INC., d/b/a CANTEEN, | ) ) ) ) |
| Defendant. | ) ) ) |

## PLAINTIFFS' RESPONSE TO COMPASS GROUP USA, INC.'S MOTION TO COMPEL PLAINTIFFS BALDWIN AND BORRERO'S DISCOVERY RESPONSES

There is no reason why this motion is before the Court at this point.

Let's begin with Plaintiff Andres Borrero ("Mr. Borrero"). Defendant seeks to compel him to answer interrogatories and to produce his bank records showing his vending machine purchases, both by February 29, 2024. However, on February 12, 2024, Mr. Borrero's counsel told Defendant that Plaintiff would serve his responses to interrogatories by February 29, 2024, without being ordered to do so. With respect to the bank records, counsel had told Defendant long ago that Mr. Borrero did not possess them and had unsuccessfully attempted to obtain them from his bank. However, in order to resolve this issue amicably, on February 12, 2024, Mr. Borrero's counsel told Defendant that they would subpoena the bank records by February 29. He also said that Mr. Borrero would sit for a deposition at a reasonable time after he had acquired his bank records and produced them to Defendant. *See* Declaration of M. Anthony Jenkins in Support of Plaintiffs' Response to Compass Group USA, Inc.'s Motion to Compel Plaintiffs Baldwin and Borrero's Discovery Responses ("Jenkins

1

Decl."), filed herewith, at ¶ 2. Accordingly, Plaintiff requested that Defendant withdraw its motion without prejudice, which Defendant declined to do. *See* Jenkins Decl. at ¶ 3.

This Court may not rule on this motion by the time Mr. Borrero responds to the interrogatories and subpoenas his bank records. After he does both of these things, he will move to deny this motion as moot by February 29, 2024.

Regarding Plaintiff Brian Baldwin ("Mr. Baldwin"), long before Defendant filed its present motion, Mr. Baldwin's counsel informed Defendant that he had information that Mr. Baldwin had a serious health issue and that counsel had not been able to reach him about his deposition. However, counsel was able to reach Mr. Baldwin after hours on February 13, 2024. Mr. Baldwin agrees to sit for his deposition at a mutually agreeable date and time and location, which was conveyed to Defendant after hours on February 13, 2024 by email. *See id.* at ¶ 4.

Based on the forgoing, Plaintiffs respectfully request that the Court order that Plaintiff Borrero serve responses to Defendant's request for production and interrogatories by February 29, 2024 (assuming he has not already told the Court that he has done so). He also respectfully requests that the the motion be denied as to Plaintiff Baldwin.

Dated: February 13, 2024

**ARIAS SANGUINETTI WANG & TEAM LLP**

By: /s/ M. Anthony Jenkins
Mike Arias, admitted *pro hac vice*
M. Anthony Jenkins, admitted *pro hac vice*
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
T: (310) 844-9696
F: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Richard S. Cornfeld, #31046MO
Daniel S. Levy, #66039MO
**GOLDENBERG HELLER &**

**ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618.656.5130
rick@ghalaw.com
daniel@ghalaw.com


Joel R. Rhine, NC SBN 16028
Martin A. Ramey, NC SBN 33617
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

Attorneys for Plaintiffs JAMES JILEK, BRIAN BALDWIN and ANDRES BORRERO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on February 13, 2024, which will serve all counsel of record.

/s/ Anthony Jenkins