# EXHIBIT U

| State | Statute of Limitations | Citation | First 2 Paragraphs of Text |
|---|---|---|---|
| Alabama | 4 years | Ala. Code § 7-2-725 | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered; however, a cause of action for damages for injury to the person in the case of consumer goods shall accrue when the injury occurs. |
| Arizona | 4 years | Ariz. Rev. Stat. Ann. § 47-2725 | A. An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce |

| | | | the period of limitation to not less than one year but may not extend it. |
|---|---|---|---|
| | | | B. A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Arkansas | 4 years | Ark. Code Ann. § 4-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to |

| | | | future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered! |
|---|---|---|---|
| California | 4 years | Cal. Com. Code § 2725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Colorado | 3 years | Colo. Rev. Stat. Ann. § 4-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within the time period prescribed in section 13-80-101, C.R.S. This period of limitation |

| | | | may not be varied by agreement of the parties.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made; except, that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance, the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| | | Colo. Rev. Stat. Ann. § 13-80-101 (West) | (1) The following civil actions, regardless of the theory upon which suit is brought, or against whom suit is brought, shall be commenced within three years after the cause of action accrues, and not thereafter:<br>(a) All contract actions, including personal contracts and actions under the "Uniform Commercial Code", except as otherwise provided in section 13-80-103.5; |
| Delaware | 4 years | Del. Code Ann. tit. 6, § 2-725 (West) | (1) An action for breach of any contract for sale must be commenced within 4 years after the cause of action has accrued. By |

4

| | | | the original agreement the parties may reduce the period of limitations to not less than one year but may not extend it. |
| | | | |
| | | | (2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Florida | 4 years | Fla. Stat. Ann. § 95.11 (West) | Actions other than for recovery of real property shall be commenced as follows: |
| | | | |
| | | | (3) Within four years.— (j) A legal or equitable action on a contract, obligation, or liability not founded on a written instrument, including an action for the sale and delivery of goods, wares, and merchandise, and on store accounts. |
| Idaho | 4 years | Idaho Code Ann. § 28-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has |

| | | | accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Illinois | 4 years | 810 Ill. Comp. Stat. Ann. 5/2-725 | (1) An action for breach of any contract for sale must be commenced within 4 years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except |

| | | | that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Indiana | 4 years | Ind. Code Ann. § 26-1-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year, but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance, the cause of action accrues when the breach is or should have been discovered. |
| Iowa | 5 years | Iowa Code Ann. § 614.1 (West) | Actions may be brought within the times limited as follows, respectively, after their causes accrue, |

7

| | | | that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Indiana | 4 years | Ind. Code Ann. § 26-1-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year, but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance, the cause of action accrues when the breach is or should have been discovered. |
| Iowa | 5 years | Iowa Code Ann. § 614.1 (West) | Actions may be brought within the times limited as follows, respectively, after their causes accrue, |

7

Case 3:23-cv-00818-JAG-DCK    Document 293-5    Filed 03/08/24    Page 7 of 25

| | | | and not afterwards, except when otherwise specially declared:<br><br>4. Unwritten contracts-- injuries to property-- fraud--other actions. Those founded on unwritten contracts, those brought for injuries to property, or for relief on the ground of fraud in cases heretofore solely cognizable in a court of chancery, and all other actions not otherwise provided for in this respect, _**within five years**_, except as provided by subsections 8 and 10. |
|---|---|---|---|
| Kansas | 4 years | Kan. Stat. Ann. § 84-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await |

8

| | | | the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Kentucky | 4 years | Ky. Rev. Stat. Ann. § 355.2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year but may not extend it.

(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Louisiana | 10 years | La. Civ. Code Ann. art. 3499 | Unless otherwise provided by legislation, a personal action is subject to a liberative prescription of ten years. |
| Maryland | 4 years | Md. Code Ann., Com. Law § 2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause |

| | | | of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.

(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Massachusetts | 4 years | Mass. Gen. Laws Ann. Ch. 106, § 2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.

(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except |

| | | | |
|---|---|---|---|
| | | | that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Michigan | 4 years | Mich. Comp. Laws Ann. § 440.2725 (West) | (1) An action for breach of any contract for sale must be commenced within 4 years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than 1 year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Minnesota | 4 years | Minn. Stat. Ann. § 336.2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause |

| | | | |
|---|---|---|---|
| | | | of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Mississippi | 6 years | Miss. Code Ann. § 75-2-725 | (1) An action for breach of any contract for sale must be commenced within six (6) years after the cause of action has accrued.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await |

12

| | | | |
|---|---|---|---|
| | | | the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Missouri | 4 years | Mo. Ann. Stat. § 400.2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Nebraska | 4 years | Neb. Rev. Stat. Ann. § UCC § 2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it. |

13

| | | | (2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| New Hampshire | 4 years | N.H. Rev. Stat. Ann. § 382-A:2-725 | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such |

| | | | |
|---|---|---|---|
| | | | performance the cause of action accrues when the breach is or should have been discovered. |
| New Jersey | 4 years | N.J. Stat. Ann. § 12A:2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.

(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| New York | 4 years | N.Y. U.C.C. Law § 2-725 (McKinney) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it. |

15

| | | | (2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| North Carolina | 4 years | N.C. Gen. Stat. Ann. § 25-2-725 | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of |

| | | | action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Ohio | 4 years | Ohio Rev. Code Ann. § 1302.98 (West) | (A) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(B) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance, the cause of action accrues when the breach is or should have been discovered. |
| Oklahoma | 5 years | Okla. Stat. Ann. tit. 12A, § 2-725 (West) | (1) An action for breach of any contract for sale must be commenced within five (5) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year but may not extend it. |

17

| | | | |
|---|---|---|---|
| | | | (2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Oregon | 4 years | Or. Rev. Stat. Ann. § 72.7250 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of |

| | | | |
|---|---|---|---|
| | | | action accrues when the breach is or should have been discovered. |
| Pennsylvania | 4 years | 13 Pa. Stat. and Cons. Stat. Ann. § 2725 (West) | **(a) General rule.**--An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>**(b) Accrual of cause of action.**--A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Rhode Island | 4 years | 6A R.I. Gen. Laws Ann. § 6A-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than |

19

| | | | |
|---|---|---|---|
| | | | one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| South Carolina | 6 years | S.C. Code Ann. § 36-2-725 | (1) An action for breach of any contract for sale must be commenced within six years after the cause of action has accrued. |
| Tennessee | 4 years | Tenn. Code Ann. § 47-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty |

20

| | | | occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Texas | 4 years | Tex. Bus. & Com. Code Ann. § 2.725 (West) | (a) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(b) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Virginia | 4 years | Va. Code Ann. § 8.2-725 (West) | (1) An action for breach of any contract for sale must be commenced within |

Case 3:23-cv-00818-JAG-DCK   Document 293-5   Filed 03/08/24   Page 21 of 25

| | | | four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Washington | 4 years | Wash. Rev. Code Ann. § 62A.2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of |

| | | | delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| West Virginia | 4 years | W. Va. Code Ann. § 46-2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
| Wisconsin | 6 years | Wis. Stat. Ann. § 402.725 (West) | (1) An action for breach of any contract for sale must be commenced within 6 years after the cause of |

| | | | action has accrued. By the original agreement the parties, if they are merchants, may reduce the period of limitation to not less than one year. The period of limitation may not otherwise be varied by agreement.<br><br>(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| Wyoming | 4 years | Wyo. Stat. Ann. § 34.1-2-725 (West) | (a) An action for breach of any contract for sale must be commenced within four (4) years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one (1) year but may not extend it.<br>(b) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. |

Case 3:23-cv-00818-JAG-DCK    Document 293-5    Filed 03/08/24    Page 24 of 25

| | | | A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |
|---|---|---|---|
| District of Columbia | 4 years | D.C. Code Ann. § 28:2-725 (West) | (1) An action for breach of any contract for sale must be commenced within four years after the cause of action has accrued. By the original agreement the parties may reduce the period of limitation to not less than one year but may not extend it.

(2) A cause of action accrues when the breach occurs, regardless of the aggrieved party's lack of knowledge of the breach. A breach of warranty occurs when tender of delivery is made, except that where a warranty explicitly extends to future performance of the goods and discovery of the breach must await the time of such performance the cause of action accrues when the breach is or should have been discovered. |

25