# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 3:23-cv-00818-RJC DCK |
| v. | ) ) |
| COMPASS GROUP USA, INC., D/B/A CANTEEN, | ) ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' SUPPLEMENT TO MOTION FOR CLASS CERTIFICATION

Plaintiffs withdraw their request that Plaintiffs Brian Baldwin and Andres Borrero be appointed class representatives and that the Court certify the South Carolina and Florida subclasses that they seek to represent. Plaintiff Brian Baldwin seeks to withdraw from the case because of the circumstances he is facing in his personal life and because, after beginning the process of preparing for his deposition, he concluded that this case is far more involved and would entail much more work than he anticipated. Plaintiff Andres Borrero is suffering from traumatically induced brain damage, causing him short-term and long-term memory loss, and therefore cannot satisfy the adequacy requirement of Rule 23. Plaintiffs will be filing a motion to dismiss both Messrs. Baldwin and Borrero without prejudice so they can remain in the putative class.

Dated: April 1, 2024

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By: */s/ Richard S. Cornfeld*
Richard S. Cornfeld (admitted *pro hac vice*)
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618.656.5130
rick@ghalaw.com
daniel@ghalaw.com

Mike Arias (admitted *pro hac vice*)
Anthony Jenkins (admitted *pro hac vice*)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
T: (310) 844-9696
F: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Joel R. Rhine, NC SBN 16028
Martin A. Ramey, NC SBN 33617
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 1, 2024, the foregoing served upon all counsel of record via electronic mail.

                      _/s/ Richard S. Cornfeld_