# Exhibit 14

| | |
|---|---|
| **From:** | Daniel S. Levy |
| **To:** | Mueller, Nicole C.; Wylie, Joseph |
| **Cc:** | Richard S. Cornfeld; robert@aswtlawyers.com; anthony@aswtlawyers.com; Richard S. Cornfeld |
| **Subject:** | RE: Moore v. Compass |
| **Date:** | Thursday, January 5, 2023 12:07:02 PM |

**External Sender:**

Nicole,

We are still working on trying to find dates as to Ms. Carter and Ms. Jaye. We are expecting to dismiss Mr. Madelmayer as a named plaintiff, and possibly Ms. Carter. We will follow up as to all three by next week. As to Mr. Moore, although we maintain our position of proceeding with a Saturday deposition, are you able to provide an estimate as to how long you think the deposition will take? If you can we will discuss with our client. Thank you.

Also, as I'm sure you noticed, I'm responding from my new email address, and please note that Rick's new email is cc'd as well.

Daniel

**From:** Daniel S. Levy <dlevy@cornfeldlegal.com>
**Sent:** Thursday, January 5, 2023 11:55 AM
**To:** Daniel S. Levy <daniel@ghalaw.com>
**Subject:** FW: Moore v. Compass

**From:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>
**Sent:** Tuesday, January 3, 2023 11:25 AM
**To:** Daniel S. Levy <dlevy@cornfeldlegal.com>; Richard S. Cornfeld <rcornfeld@cornfeldlegal.com>; Robert M. Partain <robert@aswtlawyers.com>
**Cc:** Wylie, Joseph <joseph.wylie@klgates.com>; Anthony Jenkins <anthony@aswtlawyers.com>
**Subject:** RE: Moore v. Compass

Daniel,

Happy new year. Thank you for providing Mr. Jilek and Mr. Moore's availability. We will circle back with a proposed date for Mr. Jilek shortly. With regard to Mr. Moore, we are not available to take the deposition on a Saturday. Please provide alternative dates.

Can you also advise as to when we can expect to receive dates for Ms. Carter, Ms. Jaye, and Mr. Madelmayer? A previous email from Rick indicated that we were to receive dates for all of the named plaintiffs in December.

Best regards,
Nicole

**From:** Daniel S. Levy <dlevy@cornfeldlegal.com>
**Sent:** Wednesday, December 21, 2022 5:06 PM
**To:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>; Richard S. Cornfeld
<rcornfeld@cornfeldlegal.com>; Robert M. Partain <robert@aswtlawyers.com>
**Cc:** Wylie, Joseph <joseph.wylie@klgates.com>; Anthony Jenkins <anthony@aswtlawyers.com>
**Subject:** RE: Moore v. Compass


Nicole,

Mr. Jilek is generally available on a Tuesday, Wednesday, or Friday from mid-late January into
February. Due to his work schedule Mr. Moore can be available on a Saturday in January or
February. If you have specific dates that are best on your end we can confirm/work to finalize the
dates. We will let you know about the other Plaintiffs as soon as we can. Thank you.

Daniel

**From:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>
**Sent:** Wednesday, December 21, 2022 3:00 PM
**To:** Richard S. Cornfeld <rcornfeld@cornfeldlegal.com>; Robert M. Partain
<robert@aswtlawyers.com>
**Cc:** Wylie, Joseph <joseph.wylie@klgates.com>; Daniel S. Levy <dlevy@cornfeldlegal.com>; Anthony
Jenkins <anthony@aswtlawyers.com>
**Subject:** RE: Moore v. Compass

Rick,

Following up on the below regarding deposition dates for plaintiffs.

Best,
Nicole

**From:** Richard S. Cornfeld <rcornfeld@cornfeldlegal.com>
**Sent:** Tuesday, November 22, 2022 3:56 PM
**To:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>; Robert M. Partain
<robert@aswtlawyers.com>
**Cc:** Wylie, Joseph <joseph.wylie@klgates.com>; Daniel S. Levy <dlevy@cornfeldlegal.com>; Anthony
Jenkins <anthony@aswtlawyers.com>
**Subject:** RE: Moore v. Compass

Robert is about to go to trial and unavailable now. We'll get you available dates when he's back sometime in December. Rick

---

**From:** Mueller, Nicole C. <Nicole.Mueller@klgates.com>
**Sent:** Friday, November 18, 2022 12:18 PM
**To:** Robert M. Partain <robert@aswtlawyers.com>; Richard S. Cornfeld <rcornfeld@cornfeldlegal.com>
**Cc:** Wylie, Joseph <joseph.wylie@klgates.com>; Daniel S. Levy <dlevy@cornfeldlegal.com>; Anthony Jenkins <anthony@aswtlawyers.com>
**Subject:** RE: Moore v. Compass

Counsel,

I'm following up on the below request, which is a revisit to the request I first made on May 31, 2022.

Best regards,
Nicole

---

**From:** Mueller, Nicole C.
**Sent:** Tuesday, November 1, 2022 3:58 PM
**To:** Robert M. Partain <robert@aswtlawyers.com>; Richard S. Cornfeld <rcornfeld@cornfeldlegal.com>
**Cc:** Wylie, Joseph <Joseph.Wylie@klgates.com>; Daniel S. Levy <dlevy@cornfeldlegal.com>; Anthony Jenkins <anthony@aswtlawyers.com>
**Subject:** Moore v. Compass

Dear Robert and Rick,

I'd like to circle back on our prior request to obtain dates for deposition for the plaintiffs--can you propose dates that are convenient for your clients?

Best regards,
Nicole

---

**Nicole C. Mueller** (she/her/hers)
Partner
K&L Gates LLP
70 West Madison
Suite 3100
Chicago, Illinois 60602
Phone: (312) 807-4341
Fax: (312) 345-9976

nicole.mueller@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicole.Mueller@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicole.Mueller@klgates.com.

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Nicole.Mueller@klgates.com.