IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al.,* on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) Case No. 3:23-cv-00818-RJC-DCK<br>) |
| COMPASS GROUP USA, INC., D/B/A Canteen | )<br>)<br>) |
| Defendant. | )<br>) |

## COMPASS GROUP USA, INC.'S MOTION TO STRIKE

Defendant Compass Group USA, Inc. d/b/a Canteen, by and through its undersigned counsel, and pursuant to Federal Rules of Civil Procedure 26 and 37 and the Court's inherent authority, respectfully requests the Court strike the untimely supplemental expert reports of Plaintiff's expert, Dr. Brian Kriegler.

**WHEREFORE**, for the reasons set forth in the contemporaneously filed Brief in Support, Defendant Compass Group USA, Inc. d/b/a Canteen respectfully requests that the Court:

a. Strike the Supplemental Expert Report of Brian Kriegler (Doc. Nos. 262-3, 257-16);

b. Strike the Second Supplemental Expert Report of Brian Kriegler (Doc. Nos. 262-4, 257-18);

c. Strike the *de facto* third supplemental report of Brian Kriegler (which Plaintiff calls a "Declaration"), (Doc. No. 293-4); and

d. Award such and other further relief as may be just and proper.

Dated: April 5, 2024                    Respectfully submitted,


                                        By: /s/ *Joseph C. Wylie II*
                                            Joseph C. Wylie II, 6270852IL *(Pro Hac Vice)*
                                            Nicole C. Mueller 6309735IL *(Pro Hac Vice)*
                                            Kenn Brotman 6236771IL *(Pro Hac Vice)*
                                            **K&L GATES LLP**
                                            70 West Madison Street, Suite 3300
                                            Chicago, IL 60602-4207
                                            Tel:    (312) 372-1121
                                            Fax:    (312) 827-8000
                                            joseph.wylie@klgates.com
                                            Nicole.Mueller@klgates.com
                                            Kenn.Brotman@klgates.com

                                            Paul W. Sweeney Jr., 112511CA
                                            *(Pro Hac Vice)*
                                            **K&L GATES LLP**
                                            10100 Santa Monica Blvd., 8th Floor
                                            Los Angeles, CA 90067
                                            paul.sweeney@klgates.com
                                            Secondary:  litigation.docketing@klgates.com

                                            Daniel D. McClurg
                                            N.C. Bar Number 53768
                                            **K&L Gates LLP**
                                            300 South Tryon Street, Suite 1000
                                            Charlotte, North Carolina 28202
                                            Phone: (704) 331-7400
                                            Fax:    (704) 353-3114
                                            Email: daniel.mcclurg@klgates.com

                                            *Attorneys for Compass Group USA, Inc.*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on **April 5, 2024**, which will serve all counsel of record.

                    */s/ Joseph C. Wylie II*

3
Case 3:23-cv-00818-JAG-DCK  Document 297  Filed 04/05/24  Page 3 of 3