UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, et al., on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COMPASS GROUP USA, INC., d/b/a CANTEEN,<br><br>Defendant. | Case No. 3:23-cv-00818-RJC DCK |

## MOTION FOR VOLUNTARY DISMISSAL OF PLAINTIFF ANDRE BORRERO'S ACTION WITHOUT PREJUDICE

Plaintiff Andres Borrero, by his undersigned counsel, hereby respectfully moves this Court for an order dismissing *Borrero v. Compass Group USA, Inc.*, No. 4:23-cv-00586-RLW (consolidated with the above-entitled action on November 15, 2023 [Doc. 263 at 6]), without prejudice, as authorized by Federal Rule of Civil Procedure 41(a)(2), and in support, states as follows:

1. Plaintiff Andres Borrero is suffering from traumatically induced brain damage, causing him short-term and long-term memory loss, and therefore cannot satisfy the adequacy requirement of Rule 23.

This motion is also based on the Memorandum of Points and Authorities in Support of Motion for Voluntary Dismissal and the Supporting Declaration filed herewith, and the Court's file in this matter.

Dated: April 17, 2024

ARIAS SANGUINETTI WANG & TEAM LLP

By: /s/ M. Anthony Jenkins
Mike Arias (admitted *pro hac vice*)
M. Anthony Jenkins (admitted *pro hac vice*)

1

6701 Center Drive West, 14th Floor
Los Angeles, CA 90045
T: (310) 844-9696
F: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Richard S. Cornfeld (admitted *pro hac vice*)
**GOLDENBERG HELLER &
ANTOGNOLI, P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Tel: 618.656.5130
rick@ghalaw.com
daniel@ghalaw.com

Joel R. Rhine, NC SBN 16028
Martin A. Ramey, NC SBN 33617
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com

Attorneys for Plaintiffs JAMES JILEK, BRIAN BALDWIN and ANDRES BORRERO

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following Defendant's counsel of record via electronic mail this 17th day of April, 2024.

/s/ M. Anthony Jenkins