# Exhibit 1

| | D | E | F | G | H | I | J | L | M | P |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Machine | Account Name | Location Name | Address 1 | City | State | Zip Code | Survey Date | Cash Discount Sticker Y/N | First Revenue Date |
| 2993 | 22011 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 5/15/2019 | N | August 2017 |
| 2994 | 68251 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 5/15/2019 | N | November 2018 |
| 3358 | 22016 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 5/29/2019 | N | October 2017 |
| 3733 | 68037 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 10/29/2020 | Y | June 2014 |
| 3737 | 72069 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 11/10/2020 | Y | June 2014 |
| 3738 | 68041 | KOYO-ORANGEBURG | Office | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 11/22/2020 | Y | June 2014 |
| 3754 | 68042 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | 12/2/2020 | Y | March 2015 |
| 3755 | 72054 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | February 2015 |
| 3756 | 72059 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | March 2015 |
| 3979 | 72064 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | February 2015 |
| 4477 | 95062 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | March 2015 |
| 4803 | 95066 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | March 2015 |
| 4804 | 95067 | KOYO-ORANGEBURG | PLANT 1 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | March 2015 |
| 4805 | 95071 | KOYO-ORANGEBURG | Office | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | June 2014 |
| 4807 | 95072 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | March 2015 |
| 4810 | 95076 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | March 2015 |
| 4811 | 95077 | KOYO-ORANGEBURG | PLANT 2 | 2850 Magnolia Street | ORANGEBURG | SC | 29116 | | | February 2015 |
| 4812 | 66401 | OKONITE | COMPOUND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/2/2019 | Y | October 2020 |
| 4884 | 95122 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/16/2019 | N | March 2015 |
| 4897 | 69385 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/16/2019 | N | March 2017 |
| 4975 | 97717 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/16/2019 | N | February 2018 |
| 5268 | 68062 | OKONITE | REWIND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/16/2019 | N | August 2017 |
| 5298 | 95120 | OKONITE | JACKET PLANT | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/16/2019 | N | September 2017 |
| 5943 | 68063 | OKONITE | COMPOUND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/16/2019 | N | August 2017 |
| 5944 | 98202 | OKONITE | DRIVERS LOUNGE | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 5/20/2019 | N | November 2019 |
| 5945 | 90337 | OKONITE | REWIND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 11/25/2019 | Y | November 2019 |
| 5946 | 72560 | OKONITE | COMPOUND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 8/20/2020 | Y | June 2020 |
| 5947 | 72338 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 11/4/2020 | Y | June 2020 |
| 5948 | 68065 | OKONITE | DRIVERS LOUNGE | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 11/4/2020 | Y | March 2015 |
| 5949 | 90367 | OKONITE | COMPOUND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 11/9/2020 | Y | October 2020 |
| 5975 | 72346 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | 12/7/2020 | Y | June 2020 |
| 5976 | 72080 | OKONITE | COMPOUND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | | | May 2019 |
| 5977 | 72081 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | | | May 2019 |
| 5978 | 72082 | OKONITE | BREAKROOM | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | | | April 2015 |
| 5979 | 95119 | OKONITE | REWIND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | | | March 2015 |
| 6703 | 95121 | OKONITE | COMPOUND | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | | | May 2019 |
| 7040 | 95124 | OKONITE | DRIVERS LOUNGE | 2276 ROWESVILLE RD | ORANGEBURG | SC | 29115 | | | March 2015 |