# Exhibit 2

| Machine | Account Name | Location Name | Address 1 | City | State | Zip Code | Survey Date | Cash Discount Sticker Y/N |
|---|---|---|---|---|---|---|---|---|
| 61509 | CATERPILLAR INC. BLDG KK | KK 1 FRONT OFFICE | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 4/12/2019 | N |
| 72012 | CATERPILLAR INC. BLDG KK | KK 5P | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 7/10/2019 | N |
| 71389 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 93327 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 61508 | CATERPILLAR INC. BLDG KK | KK 12B | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 94018 | CATERPILLAR INC. BLDG KK | KK 20J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 61087 | CATERPILLAR INC. BLDG KK | KK 20J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 92668 | CATERPILLAR INC. BLDG KK | KK 46J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 93648 | CATERPILLAR INC. BLDG KK | KK 46J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 66574 | CATERPILLAR INC. BLDG KK | KK 46J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 61325 | CATERPILLAR INC. BLDG KK | KK 1 FRONT OFFICE | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 21177 | CATERPILLAR INC. BLDG KK | KK 1 FRONT OFFICE | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/12/2019 | Y |
| 93658 | CATERPILLAR INC. BLDG KK | KK 12B | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 10/29/2019 | Y |
| 93692 | CATERPILLAR INC. BLDG KK | KK 1 FRONT OFFICE | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 5/29/2020 | Y |
| 93668 | CATERPILLAR INC. BLDG KK | KK 20J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 7/27/2020 | Y |
| 93582 | CATERPILLAR INC. BLDG KK | KK 1 FRONT OFFICE | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 7/27/2020 | Y |
| 93582 | CATERPILLAR INC. BLDG KK | KK 5P | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 7/27/2020 | Y |
| 71321 | CATERPILLAR INC. BLDG KK | KK 12B | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 10/14/2020 | Y |
| 72006 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 10/14/2020 | Y |
| 92208 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 10/14/2020 | Y |
| 67000 | CATERPILLAR INC. BLDG KK | KK 5P | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 10/14/2020 | Y |
| 71037 | CATERPILLAR INC. BLDG KK | KK 5P | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 10/14/2020 | Y |
| 61000 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 11/4/2020 | Y |
| 61463 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 11/4/2020 | Y |
| 92039 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 11/20/2020 | Y |
| 94165 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | 9/17/2021 | Y |
| 66550 | CATERPILLAR INC. BLDG KK | KK 22A | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | | |
| 92172 | CATERPILLAR INC. BLDG KK | KK 12B | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | | |
| 92534 | CATERPILLAR INC. BLDG KK | KK 20J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | | |
| 92691 | CATERPILLAR INC. BLDG KK | KK 5P | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | | |
| 93417 | CATERPILLAR INC. BLDG KK | KK 5P | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | | |
| 94013 | CATERPILLAR INC. BLDG KK | KK 20J | 600 W WASHINGTON | EAST PEORIA | IL | 61611 | | |