# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF MISSOURI
 3                       EASTERN DIVISION
 4
 5   GEORGE MOORE and VIRGINIA     ) CASE NO.
     CARTER, et al. on behalf of   ) 4:18-cv-01962-SEP
 6   themselves and all others     )
     similarly situated,           )
 7                                 )
              Plaintiffs,          )
 8                                 )
        v.                         )
 9                                 )
     COMPASS GROUP USA, INC., D/B/A )
10   CANTEEN,                      )
                                   )
11            Defendant.           )
     _____ )
12
13
14
15        VIDEOCONFERENCE DEPOSITION OF MARTHA MORGAN
16                        VOLUME III
17                   Minneapolis, Minnesota
18                 Wednesday, June 28, 2023
19
20
21
22
23   Reported via Zoom by:  Jennifer K. Abe, CSR No. 10753
                            Certified Shorthand Reporter
24
25

                                                    Page 110
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 303-2    Filed 05/03/24    Page 1 of 4

1  said there was not a sticker, and I verified by looking
2  at the photograph and, in fact, the photograph showed,
3  yes, there was a sticker displayed.
4     Q   So for these kinds of discrepancies -- and,
5  again, I'll highlight 391 and 392 for you where we have
6  the cash discount sticker first showing that it was there
7  and then it wasn't -- the only way to figure out which of
8  these two is accurate is by looking at the photographs;
9  is that correct?
10         MS. MUELLER:  Objection; form.
11         THE WITNESS:  It doesn't mean that actually the
12  "no" is wrong.  What I'm --
13 BY MR. PARTAIN:
14     Q   Ma'am, I'm not suggesting I know or that you
15  know.
16         All I'm asking is:  Would you agree with me that
17  the only way to figure out if it's actually a "no" or
18  actually a "yes" is by looking at the photographs?
19     A   Yes.
20         MS. MUELLER:  Please let Ms. Morgan finish her
21  statement before you start your next question.
22 BY MR. PARTAIN:
23     Q   So these photographs, ma'am, they are still
24  maintained in the Compass database; is that right?
25     A   Yes.

Page 169

Veritext Legal Solutions
Calendar-CA@veritext.com  866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 303-2   Filed 05/03/24   Page 2 of 4

```
 1        Q    And then we're going to get to this in your
 2   declaration in a minute.
 3             But you're actually able to go in and pull up
 4   the photographs and visualize them yourself; is that
 5   right?
 6        A    Yes.
 7        Q    Is there any other way that you can think of
 8   when we have an example like this where we have
 9   conflicting survey data to determine whether, in fact, a
10   machine had an appropriate labeling, other than looking
11   at the photographs?
12             MS. MUELLER:  Objection; form.
13             THE WITNESS:  Not stated the way you've stated
14   it.  Because, again, we don't know if that "no" or "yes"
15   is correct unless we look at the photographs, but the
16   second place that I also validated that information is,
17   was it, in fact, generating two-tier revenue on that
18   later survey date.
19   BY MR. PARTAIN:
20        Q    That actually brings me to sort of a larger
21   question.
22             But with respect to all the data, all the survey
23   data, have you or anyone gone through and done any sort
24   of a randomized audit using the pictures to determine
25   what error rate you have based on what the pictures show
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 303-2    Filed 05/03/24    Page 3 of 4

```
 1                      CERTIFICATION
 2                           OF
 3                CERTIFIED SHORTHAND REPORTER
 4
 5              I, the undersigned, a Certified Shorthand
 6   Reporter of the State of California do hereby certify:
 7              That the foregoing proceedings were taken
 8   before me at the time and place herein set forth; that
 9   any witnesses in the foregoing proceedings, prior to
10   testifying, were placed under oath; that a verbatim
11   record of the proceedings was made by me using machine
12   shorthand which was thereafter transcribed under my
13   direction; further, that the foregoing is an accurate
14   transcription thereof.
15              I further certify that I am neither
16   financially interested in the action nor a relative or
17   employee of any attorney of any of the parties.
18              IN WITNESS WHEREOF, I have this date
19   subscribed my name.
20   Dated:  July 17, 2023
21
22              _Jennifer Abe_
23
24              Jennifer K. Abe
25              CSR No. 10753
```

Page 204

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 303-2    Filed 05/03/24    Page 4 of 4