# EXHIBIT 4

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI


GEORGE MOORE, ET AL.,         )
                              )
              Plaintiffs,     )
                              )
              vs.             )   Cause No. 4:18CV-1962-SEP
                              )
COMPASS GROUP USA, INC.,      )
                              )
              Defendants.    )
_____
                          STATUS HEARING

             BEFORE THE HONORABLE SARAH E. PITLYK
                 UNITED STATES DISTRICT JUDGE

                          JUNE 15, 2023
_____

                           APPEARANCES

For Plaintiffs:
Mr. Daniel Levy              Mr. Robert M. Partain
GOLDENBERG HELLER, PC        ARIAS SANGUINETTI, LLP
2227 S. State Route 157      6701 Center Drive West
Edwardsville, IL 62025       Los Angeles, CA 90045

For Defendant:
Mr. Joseph C. Wylie
K AND L GATES, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602




          Stenographically Reported and Produced by:
                Lisa M. Paczkowski, CCR, CSR, RPR
                    Official Court Reporter
                  United States District Court
                     111 South 10th Street
                      St. Louis, MO 63102
                         (314)244-7985
```

1  until I receive and review your briefing, and hopefully, that
2  will be soon after next Friday, you will get a ruling on all
3  of this, because I'm not waiting for the parties to respond
4  to each other.  So let's do five pages next Friday, and
5  addressing the issues that we have discussed today.
6          The motion for an extension of the CMO will be
7  denied, because of the parties -- or the Court's repeated
8  admonition that only the most exceptional circumstances would
9  justify it, and I don't find that you have shown exceptional
10 circumstances, and so the discovery deadline is September 22,
11 2023.  If you want to conduct discovery after that, you may
12 by mutual agreement, but it will not be governed or policed
13 by this Court, and that is -- and that there is also
14 discovery -- or the deadline for asking me to resolve
15 disputes is 14 days after the end of discovery.  Doc.  198
16 remains the case management order in this case.
17         And Jaye is going to be dismissed as moot with the
18 consent of the parties.  That's all I'm going to do now.
19 I'll receive your briefing next Friday.  Are there any
20 questions?
21         MR. WYLIE:  No, your Honor.
22         MR. LEVY:  Just one, your Honor, if I may.
23         THE COURT:  Uh-huh.
24         MR. LEVY:  I understand that the schedule is not
25 being extended.  In terms of expert disclosure dates, is it

```
 1                    REPORTER'S CERTIFICATE
 2
 3         I, Lisa M. Paczkowski, Registered Professional
 4   Reporter, do hereby certify that I am a duly appointed
 5   Official Court Reporter for the United States District Court,
 6   Eastern District of Missouri, and that the foregoing is a
 7   true and accurate reproduction of requested proceedings had
 8   in the matter of:
 9   Moore, et al., vs. Compass Group USA, Inc., et al.
10            In the event copies are made of the transcript
11   herein, the court reporter takes no responsibility for
12   missing or damaged pages.
13                 Dated this 22nd day of June, 2023.
14
15
16              /s/   Lisa M. Paczkowski
                Lisa M. Paczkowski
17              Official Court Reporter
                United States District Court
18              Eastern District of Missouri
19
20
21
22
23
24
25
```