# Exhibit 5

```
 1              UNITED STATES DISTRICT COURT
 2          FOR THE EASTERN DISTRICT OF MISSOURI
 3                     EASTERN DIVISION
 4
 5   GEORGE MOORE and VIRGINIA      ) CASE NO.
     CARTER, et al. on behalf of    ) 4:18-cv-01962-SEP
 6   themselves and all others      )
     similarly situated,            )
 7                                  )
             Plaintiffs,            )
 8                                  )
       v.                           )
 9                                  )
     COMPASS GROUP USA, INC., D/B/A )
10   CANTEEN,                       )
                                    )
11           Defendant.             )
     _____)
12
13
14
15        VIDEOCONFERENCE DEPOSITION OF MARTHA MORGAN
16                        VOLUME II
17                   Minneapolis, Minnesota
18                   Wednesday, May 10, 2023
19
20
21
22
23
24   Reported via Zoom by:  Jennifer K. Abe, CSR No. 10753
                                Certified Shorthand Reporter
25
```

Page 31

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 305-5    Filed 05/24/24    Page 2 of 8

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF MISSOURI
 3                     EASTERN DIVISION
 4
 5    GEORGE MOORE and VIRGINIA      ) CAUSE NO.
      CARTER, et al. on behalf of    ) 4:18-cv-01962-SEP
 6    themselves and all others      )
      similarly situated,            )
 7                                   )
              Plaintiffs,            )
 8                                   )
        v.                           )
 9                                   )
      COMPASS GROUP USA, INC., D/B/A )
10    CANTEEN,                       )
                                     )
11            Defendant.             )
      _____)
12
13
14            Continued Videoconference Deposition of
15    MARTHA MORGAN, Volume II, taken before Jennifer K. Abe, a
16    Certified Shorthand Reporter for the State of California,
17    beginning at 8:00 a.m. PST and ending at 10:12 a.m. PST,
18    on Wednesday, May 10, 2023.  This deposition is being
19    taken via Veritext Virtual, and all parties, the witness,
20    and the court reporter are appearing remotely.
21
22
23
24
25
                                                     Page 32
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 305-5    Filed 05/24/24    Page 3 of 8

```
 1      APPEARANCES OF COUNSEL:
 2      FOR PLAINTIFF:
 3           K&L GATES, LLP
             BY:  NICOLE MUELLER, ESQ.
 4               (Appearing via Veritext Virtual)
             70 West Madison Avenue
 5           Suite 3300
             Chicago, Illinois  60602-1121
 6           TEL:  (312) 372-1121  FAX:  (312) 827-8000
             Email:  nicole.mueller@klgates.com
 7
 8      FOR DEFENDANT:
 9           ARIAS SANGUINETTI WANG & TORRIJOS, LLP
             BY:  ROBERT M. PARTAIN, ESQ.
10               ANTHONY JENKINS, ESQ.
                 (Appearing via Veritext Virtual)
11           6701 Center Drive West
             Suite 1400
12           Los Angeles, California  90045
             TEL:  (310) 844-9696
13           Email:  robert@aswtlawyers.com
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 33

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 305-5    Filed 05/24/24    Page 4 of 8

```
 1        Q    Okay.  And if -- and, again, I'm only going to
 2   focus on that first spreadsheet that you and I talked
 3   about back in June of 2021 for now.  Okay?
 4             If, in fact, in that spreadsheet there was an
 5   "N" in that column, did that mean that someone, some
 6   person, had physically gone to that machine, determined
 7   that it did not have what you're calling a cash discount
 8   sticker on it, and then input that data into the app that
 9   you described to me earlier?
10             MS. MUELLER:  I'm going to object.
11             Robert, you're asking her about something you
12   guys discussed two years ago.  As you've said, there have
13   been a bunch of iterations.
14             MR. PARTAIN:  Nicole, stop.  I'll withdraw it.
15             MS. MUELLER:  If you know what he's talking
16   about, you can answer.  But if you have any questions, I
17   just want to make sure you're clear on what you're being
18   asked.
19             MR. PARTAIN:  Nicole, I'll withdraw it.  I'll do
20   it different.  Okay?
21             MS. MUELLER:  Okay.
22   BY MR. PARTAIN:
23        Q    Focused on that first spreadsheet that you and I
24   talked about before -- and I'm going to put it up here in
25   a minute -- if there was an "N" in that cash discount
```

Page 38

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 305-5   Filed 05/24/24   Page 5 of 8

```
 1    sticker Y/N column, does that mean that someone
 2    physically determined there was no sticker on that
 3    machine?
 4         A    Correct.
 5         Q    And if there was a "Y," does that mean that
 6    someone physically determined there was a cash discount
 7    sticker on that machine?
 8         A    Yes.
 9         Q    Alright.  And I thank you also -- well, I forget
10    if you told me.
11              They also took a picture of the machine when
12    they were there; is that right?
13         A    Yes.  More than one picture.
14         Q    Okay.  They took pictures of the machines when
15    they were in front of it; correct?
16         A    Correct.
17         Q    Alright.  Did all the machines that were
18    currently -- and by "currently," I mean during that time
19    period of March 25th, 2019, to February 29th, 2020 -- did
20    all of Canteen's machines that were currently generating
21    two-tier revenue get surveyed during that initial
22    remediation period that you called it?
23         A    I can't answer that would be 100 percent.  No.
24         Q    The answer is "no" or you can't answer?
25         A    I can't answer that.  You're asking a
```

Page 39

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 305-5   Filed 05/24/24   Page 6 of 8

```
 1    question -- could you repeat your question?  Repeat your
 2    question, please.
 3         Q    Okay.  For all the machines across the United
 4    States that Canteen had that were generating two-tier
 5    revenue during that what you called "the initial
 6    remediation period," were all of those machines surveyed
 7    and determined to either have a label or not have a label
 8    during that period?
 9         A    And I cannot answer that all were.  It was our
10    intention, but I cannot say all were surveyed.
11         Q    Okay.  We're going to come back to that in a
12    little bit.
13              Now, did the survey -- and by "survey," I don't
14    mean to use a term of art.  I'm actually happy that you
15    called it "the initial remediation period" because it
16    will allow me to differentiate that today with what
17    happened after February 29th, 2020.
18              Did the survey continue after the initial
19    remediation period?
20         A    Yes.
21         Q    And what was the purpose of that?
22         A    We determined as a business practice that we
23    would document each machine before it was placed at a
24    customer's location with the survey as the tool to do
25    that documentation.
```

Page 40

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 305-5    Filed 05/24/24    Page 7 of 8

```
1                       CERTIFICATION

2                             OF

3                 CERTIFIED SHORTHAND REPORTER

4

5              I, the undersigned, a Certified Shorthand

6   Reporter of the State of California do hereby certify:

7              That the foregoing proceedings were taken

8   before me at the time and place herein set forth; that

9   any witnesses in the foregoing proceedings, prior to

10  testifying, were placed under oath; that a verbatim

11  record of the proceedings was made by me using machine

12  shorthand which was thereafter transcribed under my

13  direction; further, that the foregoing is an accurate

14  transcription thereof.

15             I further certify that I am neither

16  financially interested in the action nor a relative or

17  employee of any attorney of any of the parties.

18             IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20  Dated:  June 1, 2023

21

22          /s/ Jennifer Abe

23

24          Jennifer K. Abe

25          CSR No. 10753
```

Page 106

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 305-5    Filed 05/24/24    Page 8 of 8