IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al.*, on behalf of himself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:23-cv-00818-RJC-DCK ) |
| COMPASS GROUP USA, INC., D/B/A Canteen | ) ) ) |
| Defendant. | ) ) ) |

**COMPASS GROUP USA, INC.'S MOTION FOR LEAVE TO FILE, *INSTANTER*, SURREPLY IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

Defendant Compass Group USA, Inc. d/b/a Canteen ("Compass") requests leave to file a Surreply in Opposition to the Motion for Class Certification in order to address false statements of fact and mischaracterizations presented by Plaintiff for the first time in his Reply in Support of Motion for Class Certification, (Doc. No. 302) ("Reply"). Compass' proposed Surreply is attached hereto as Exhibit A, and addresses only newly raised, and false, factual or evidentiary material asserted in Plaintiff's Reply.

Accordingly, for the reasons set forth in Compass' Memorandum in support of this Motion, Compass respectfully requests that it be allowed to file, *instanter*, its Surreply in Opposition to Plaintiff's Motion for Class Certification, which is attached hereto as Exhibit A.[1]

---

[1] Counsel for Compass attempted to confer with Plaintiff's counsel by e-mail on June 4, 2024 regarding the relief sought through this Motion. On June 6, 2024, Plaintiff's counsel advised that Plaintiff does not consent to the requested relief.

Dated: June 6, 2024                    Respectfully submitted,


                                       By: /s/ *Joseph C. Wylie II*
                                           Joseph C. Wylie II, 6270852IL *(Pro Hac Vice)*
                                           Nicole C. Mueller 6309735IL *(Pro Hac Vice)*
                                           Kenn Brotman 6236771IL *(Pro Hac Vice)*
                                           **K&L GATES LLP**
                                           70 West Madison Street, Suite 3300
                                           Chicago, IL 60602-4207
                                           Tel:   (312) 372-1121
                                           Fax:   (312) 827-8000
                                           joseph.wylie@klgates.com
                                           Nicole.Mueller@klgates.com
                                           Kenn.Brotman@klgates.com

                                           Paul W. Sweeney Jr., 112511CA
                                           *(Pro Hac Vice)*
                                           **K&L GATES LLP**
                                           10100 Santa Monica Blvd., 8th Floor
                                           Los Angeles, CA 90067
                                           paul.sweeney@klgates.com
                                           Secondary:  litigation.docketing@klgates.com

                                           Daniel D. McClurg
                                           N.C. Bar Number 53768
                                           **K&L Gates LLP**
                                           300 South Tryon Street, Suite 1000
                                           Charlotte, North Carolina 28202
                                           Phone: (704) 331-7400
                                           Fax:   (704) 353-3114
                                           Email: daniel.mcclurg@klgates.com

                                           *Attorneys for Compass Group USA, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on June 6, 2024, which will serve all counsel of record.

*/s/ Joseph C. Wylie II*
Joseph C. Wylie II