# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al.*, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:23-cv-00818-RJC-DCK |
| COMPASS GROUP USA, INC., D/B/A Canteen | ) ) ) ) |
| Defendant. | ) |

**<u>RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY</u>**

Compass Group USA, Inc. d/b/a Canteen ("Compass Group") does not agree that it is appropriate or necessary for Plaintiff to file his Surreply in Opposition to Compass Group's Motion to Strike. The arguments raised in Plaintiff's Motion for Leave to File Surreply in Opposition to Motion to Strike (the "Motion") (Doc. 313), have been fully addressed by the parties through the briefing previously submitted to this Court on Compass Group's Motion to Strike (Doc. 297), and Plaintiff's Motion for Class Certification (Doc. 293). Compass Group respectfully requests that the Court deny the Motion.

Dated: July 12, 2024

Respectfully submitted,

By: /s/ *Joseph C. Wylie II*
Joseph C. Wylie II, 6270852IL *(Pro Hac Vice)*
Nicole C. Mueller 6309735IL *(Pro Hac Vice)*
Kenn Brotman 6236771IL *(Pro Hac Vice)*
**K&L GATES LLP**
70 West Madison Street, Suite 3300
Chicago, IL 60602-4207
Tel:  (312) 372-1121
joseph.wylie@klgates.com
nicole.mueller@klgates.com
kenn.brotman@klgates.com

Paul W. Sweeney Jr., 112511CA
*(Pro Hac Vice)*
**K&L GATES LLP**
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
paul.sweeney@klgates.com
litigation.docketing@klgates.com

Daniel D. McClurg
N.C. Bar Number 53768
**K&L Gates LLP**
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
Phone: (704) 331-7400
Fax:    (704) 353-3114
daniel.mcclurg@klgates.com

*Attorneys for Compass Group USA, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on July 12, 2024, which will serve all counsel of record.

*/s/ Joseph C. Wylie II*
Joseph C. Wylie II
