UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC., d/b/a CANTEEN,<br><br>Defendant. | Case No. 3:23-cv-00818-RJC DCK |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO MOTION TO STRIKE**

Compass states, incorrectly, that Plaintiffs' arguments in support of this motion were fully addressed in Compass' Motion to Strike, Doc. #297, and Plaintiff's Motion for Class Certification, Doc. #293. Response in Opp. to Plff's Motion for Leave to File Surreply ("Response"), Doc. # 314. The Motion seeks a surreply to acknowledge errors in Plaintiff's Response to the Motion to Strike and supporting declaration (Doc. # 303, 303-1) regarding when Compass disclosed the existence of vending machine photographs, as well as to refute Compass' argument that it had put Plaintiff on notice that its machine survey had errors before it served Martha Morgan's Declaration on June 27, 2023, and to address why Plaintiff's misstatements regarding photos do not warrant granting the motion to strike. None of this was addressed in the prior briefing, and Compass' Response does not cite any specific portion of any brief to demonstrate otherwise.

Dated: July 18, 2024 *Respectfully submitted,*

1

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By: /s/ *Richard S. Cornfeld*
Richard S. Cornfeld (admitted *pro hac vice*)
2227 S. State Route 157
Edwardsville, Illinois 62025
618.656.5150
rick@ghalaw.com
daniel@ghalaw.com

Mike Arias (admitted *pro hac vice*)
M. Anthony Jenkins (admitted *pro hac vice*)
**ARIAS SANGUINETTI WANG &
   TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Joel R. Rhine, NC SBN 16028
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com

*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 18, 2024, the foregoing was served upon all counsel of record via electronic mail.

                                                      /s/ *Richard S. Cornfeld*