IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al.*, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS GROUP USA, INC., D/B/A Canteen<br><br>Defendant. | Case No. 3:23-cv-00818-RJC-DCK |

**MOTION FOR HEARING ON
PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendant Compass Group USA, Inc. d/b/a Canteen ("Compass") respectfully requests that the Court convene a hearing on Plaintiff James Jilek's ("Plaintiff") pending Motion for Class Certification.[1] (Doc. No. 293.)

For the reasons set forth in the contemporaneously filed Memorandum in support of this Motion, Compass submits that good cause exists for this Court to direct oral argument and respectfully requests the opportunity to be heard at a hearing on Plaintiff's Motion for Class Certification.

---

[1] In accordance with LCvR 7.1(b), undersigned counsel conferred with Plaintiff's counsel regarding the relief sought through this Motion and requested that Plaintiff join with Compass in bringing this Motion. Plaintiff's counsel declined to join in this Motion.

1

Dated: July 30, 2024               Respectfully submitted,


                                   By: /s/ Joseph C. Wylie II
                                       Joseph C. Wylie II, 6270852IL *(Pro Hac Vice)*
                                       Nicole C. Mueller 6309735IL *(Pro Hac Vice)*
                                       Kenn Brotman 6236771IL *(Pro Hac Vice)*
                                       **K&L GATES LLP**
                                       70 West Madison Street, Suite 3300
                                       Chicago, IL 60602-4207
                                       Tel:    (312) 372-1121
                                       Fax:    (312) 827-8000
                                       joseph.wylie@klgates.com
                                       Nicole.Mueller@klgates.com
                                       Kenn.Brotman@klgates.com

                                       Paul W. Sweeney Jr., 112511CA *(Pro Hac Vice)*
                                       **K&L GATES LLP**
                                       10100 Santa Monica Blvd., 8th Floor
                                       Los Angeles, CA 90067
                                       paul.sweeney@klgates.com

                                       Marla T. Reschly
                                       N.C. Bar Number 46706
                                       Daniel D. McClurg
                                       N.C. Bar Number 53768
                                       **K&L GATES LLP**
                                       300 South Tryon Street, Suite 1000
                                       Charlotte, NC 28202
                                       Phone: (704) 331-7400
                                       Fax:    (704) 331-7598
                                       Email: marla.reschly@klgates.com
                                               daniel.mcclurg@klgates.com

                                       *Attorneys for Compass Group USA, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on July 30, 2024, which will serve all counsel of record.

                                              */s/ Joseph C. Wylie II*
                                              Joseph C. Wylie II

3

Case 3:23-cv-00818-JAG-DCK     Document 317     Filed 07/30/24     Page 3 of 3