# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, on behalf of himself and all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:23-cv-00818-RJC DCK |
| COMPASS GROUP USA, INC., d/b/a CANTEEN, ) ) ) ) | |
| Defendant. ) ) | |

**PLAINTIFF'S RESPONSE TO MOTION FOR HEARING ON MOTION FOR CLASS CERTIFICATION**

In response to Defendant's Motion For Hearing On Plaintiff's Motion For Class Certification (Doc. # 317), Plaintiff defers to the Court to decide whether it believes oral argument would be helpful. Plaintiff would merely add that the "changed circumstances" are addressed in the briefing.

Dated: August 13, 2024

*Respectfully submitted,*

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By: /s/ *Richard S. Cornfeld*
Richard S. Cornfeld (admitted *pro hac vice*)
2227 S. State Route 157
Edwardsville, Illinois 62025
618.656.5150
rick@ghalaw.com
daniel@ghalaw.com

Mike Arias (admitted *pro hac vice*)

1

M. Anthony Jenkins (admitted *pro hac vice*)
**ARIAS SANGUINETTI WANG &**
  **TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Joel R. Rhine, NC SBN 16028
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 13, 2024, the foregoing was served upon all counsel of record via electronic mail.

                        */s/ Richard S. Cornfeld*