# Exhibit 2

```
 1                  UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF MISSOURI
 3                        EASTERN DIVISION
 4
 5   GEORGE MOORE and VIRGINIA      ) CASE NO.
     CARTER, et al. on behalf of    ) 4:18-cv-01962-SEP
 6   themselves and all others      )
     similarly situated,            )
 7                                  )
               Plaintiffs,          )
 8                                  )
       v.                           )
 9                                  )
     COMPASS GROUP USA, INC., D/B/A )
10   CANTEEN,                       )
                                    )
11             Defendant.           )
     _____)
12
13
14
15        VIDEOCONFERENCE DEPOSITION OF MARTHA MORGAN
16                          VOLUME II
17                    Minneapolis, Minnesota
18                    Wednesday, May 10, 2023
19
20
21
22
23
24   Reported via Zoom by:  Jennifer K. Abe, CSR No. 10753
                            Certified Shorthand Reporter
25
```

Page 31

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 322-2   Filed 08/28/24   Page 2 of 9

```
 1                  UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF MISSOURI
 3                         EASTERN DIVISION
 4
 5   GEORGE MOORE and VIRGINIA      ) CAUSE NO.
     CARTER, et al. on behalf of    ) 4:18-cv-01962-SEP
 6   themselves and all others      )
     similarly situated,            )
 7                                  )
              Plaintiffs,           )
 8                                  )
       v.                           )
 9                                  )
     COMPASS GROUP USA, INC., D/B/A )
10   CANTEEN,                       )
                                    )
11            Defendant.            )
     _____)
12
13
14            Continued Videoconference Deposition of
15   MARTHA MORGAN, Volume II, taken before Jennifer K. Abe, a
16   Certified Shorthand Reporter for the State of California,
17   beginning at 8:00 a.m. PST and ending at 10:12 a.m. PST,
18   on Wednesday, May 10, 2023.  This deposition is being
19   taken via Veritext Virtual, and all parties, the witness,
20   and the court reporter are appearing remotely.
21
22
23
24
25
                                                     Page 32
```

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 322-2   Filed 08/28/24   Page 3 of 9

```
 1      APPEARANCES OF COUNSEL:
 2      FOR PLAINTIFF:
 3              K&L GATES, LLP
                BY:  NICOLE MUELLER, ESQ.
 4                  (Appearing via Veritext Virtual)
                70 West Madison Avenue
 5              Suite 3300
                Chicago, Illinois  60602-1121
 6              TEL:  (312) 372-1121  FAX:  (312) 827-8000
                Email:  nicole.mueller@klgates.com
 7
 8      FOR DEFENDANT:
 9              ARIAS SANGUINETTI WANG & TORRIJOS, LLP
                BY:  ROBERT M. PARTAIN, ESQ.
10                  ANTHONY JENKINS, ESQ.
                    (Appearing via Veritext Virtual)
11              6701 Center Drive West
                Suite 1400
12              Los Angeles, California  90045
                TEL:  (310) 844-9696
13              Email:  robert@aswtlawyers.com
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 33

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 322-2    Filed 08/28/24    Page 4 of 9

```
1        A    Yes.  That represents the first time this
2   particular machine at this particular customer location
3   generated two-tier revenue.
4        Q    Alright.  And it's not date specific?  It's
5   month specific; is that right?
6        A    Yes.  Because it's the month when the device was
7   turned on, and it does not record the actual first
8   transaction.  We're recording the month it was turned on,
9   so not the specific October 10th.  It's the month of
10  October that it generated the first revenue.
11       Q    Alright.  And so the reason I ask that is, my
12  first question happened with this machine here on
13  Line 6.
14            On Line 6 here, which was the fourth machine
15  identified as having cash discount sticker "N," it said
16  the first revenue date -- I'm sorry.  And that date was
17  March 26, 2019, when it was found to not have a cash
18  discount sticker.  The first revenue date was February
19  2021.
20            How would I reconcile that?
21       A    Without seeing all of the rest of this data and
22  because you have sorted it in a manner of Column M, then
23  Column L, what I'm not seeing is, I'm not seeing the
24  entire context of that machine and the possibility that
25  it was on-site.
```

Page 53

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 322-2   Filed 08/28/24   Page 5 of 9

1       At this particular Walmart, there is
2   probably another transaction in this dataset for that
3   machine number at that cost center ID.
4           So when you sort the reports as they were
5   provided by cost center by machine ID, Column C and D, if
6   the machine actually had been on-site at two different
7   account locations, you would see two different first
8   two-tiered dates, revenue dates.
9       Q   Okay.
10      A   One would --
11      Q   Go ahead.
12      A   So this particular row that you're showing is
13  telling me that it was on-site at this -- I'm sorry.
14  You --
15      Q   Yeah.  I moved back over to the columns you were
16  talking about while you were answering because I wanted
17  to understand what you were saying.
18      A   Can you please highlight the row so that we can
19  travel from left to right?  Yes.  Because you're not -- I
20  thought that's where we were is Walmart.  Thank you.
21      Q   So I highlighted the row you asked me to.  Tell
22  me where you want me to go.
23      A   So, in this particular case, without seeing the
24  spreadsheet and all possible instances of that same
25  machine at that cost center, what I don't see is this is

Page 54

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 322-2    Filed 08/28/24    Page 6 of 9

```
 1    showing it at a Walmart; and the first time at that
 2    Walmart location, it generated two tier in that column
 3    further to the right.
 4         Q   So if I scroll all the way to the right here,
 5    the first time it generated revenue at that Walmart, I
 6    would find that right here in February of 2021.
 7             Is that what you're saying?
 8         A   Yes.
 9         Q   Okay.  And so what you're saying then is, this
10    machine, which was surveyed and found to not have a label
11    on March 26, 2019, was generating revenue somewhere else
12    at the time it was surveyed?
13         A   That is what I believe.  And until I see the
14    machine number at the two separate locations side by
15    side, I can't say that that's true; but that is based on
16    my experience with how these reports come together, yes,
17    there would be another row that matches that thing, cost
18    center machine ID, but not at that Walmart location.
19         Q   Okay.  So then let's search for Machine 94107 in
20    Cost Center 5533 in this data and see what we come up
21    with based on the answer you just provided to me.
22             And it was Cost Center 5533.  That's not it.
23    That's not it.  You guys have a lot of machines in
24    San Francisco at ZIP code 94107 it looks like.
25             Alright.  So we don't see any other place on
```

Page 55

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 322-2    Filed 08/28/24    Page 7 of 9

1  this machine, and I searched every single 94107 on this
2  spreadsheet where that machine appears in the data that
3  was given to me by your attorneys, at least as of -- for
4  the last survey date of June 15th, 2022.
5        And, as you sit here today, you don't know why
6  that would be?
7        MS. MUELLER:  Objection; form.
8        THE WITNESS:  I forgot what the word "form"
9  means.  Sorry.
10       So I do not know specifically on this particular
11 row, it appears that this machine was surveyed on the
12 2019 date.  It appears that there was not a cash discount
13 sticker, and it appears at that time in March of 2019, it
14 was not generating two-tier revenue; and that two-tier
15 revenue at this particular location was later enabled,
16 and it started to generate two-tier revenue in that
17 date -- I can't see the date now -- the first time it
18 generated two-tier revenue.
19    Q    February --
20    A    February 2021.  Right.  But that is absolutely a
21 possibility that a machine in 2019 was not generating
22 two-tier revenue, and then it was turned on at a later
23 date.
24    Q    Alright.  So what I'm going to do is, I'm going
25 to take this survey instance ID.  I think you had told me

Page 56

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK    Document 322-2    Filed 08/28/24    Page 8 of 9

```
 1                      CERTIFICATION

 2                            OF

 3                CERTIFIED SHORTHAND REPORTER

 4

 5              I, the undersigned, a Certified Shorthand

 6      Reporter of the State of California do hereby certify:

 7              That the foregoing proceedings were taken

 8      before me at the time and place herein set forth; that

 9      any witnesses in the foregoing proceedings, prior to

10      testifying, were placed under oath; that a verbatim

11      record of the proceedings was made by me using machine

12      shorthand which was thereafter transcribed under my

13      direction; further, that the foregoing is an accurate

14      transcription thereof.

15              I further certify that I am neither

16      financially interested in the action nor a relative or

17      employee of any attorney of any of the parties.

18              IN WITNESS WHEREOF, I have this date

19      subscribed my name.

20      Dated:  June 1, 2023

21

22            [signature: Jennifer Abe]

23

24              Jennifer K. Abe

25              CSR No. 10753
```

Page 106

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127
Case 3:23-cv-00818-JAG-DCK   Document 322-2   Filed 08/28/24   Page 9 of 9