# Exhibit 3

| | D | F | H | I | J | K | L | M | P |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Machine | Location Name | City | State | Zip Code | Survey Instance Id | Survey Date | Cash Discount Sticker Y/N | First Revenue Date |
| 2099 | 21177 | KK 1 FRONT OFFICE | EAST PEORIA | IL | 61611 | 3758585 | 9/12/2019 | Y | November 2017 |
| 2144 | 61000 | KK 22A | EAST PEORIA | IL | 61611 | 4734790 | 11/4/2020 | Y | September 2019 |
| 2200 | 61087 | KK 20J | EAST PEORIA | IL | 61611 | 3758516 | 9/12/2019 | Y | August 2017 |
| 2371 | 61325 | KK 1 FRONT OFFICE | EAST PEORIA | IL | 61611 | 3758583 | 9/12/2019 | Y | March 2019 |
| 2479 | 61463 | KK 22A | EAST PEORIA | IL | 61611 | 4734814 | 11/4/2020 | Y | September 2019 |
| 2497 | 61508 | KK 12B | EAST PEORIA | IL | 61611 | 3758406 | 9/12/2019 | Y | September 2019 |
| 2498 | 61509 | KK 1 FRONT OFFICE | EAST PEORIA | IL | 61611 | 3291063 | 4/12/2019 | N | August 2017 |
| 2585 | 66550 | KK 22A | EAST PEORIA | IL | 61611 | | | | August 2017 |
| 2592 | 66574 | KK 46J | EAST PEORIA | IL | 61611 | 3758563 | 9/12/2019 | Y | September 2017 |
| 2644 | 67000 | KK 5P | EAST PEORIA | IL | 61611 | 4648507 | 10/14/2020 | Y | September 2019 |
| 2683 | 71037 | KK 5P | EAST PEORIA | IL | 61611 | 4648510 | 10/14/2020 | Y | September 2019 |
| 2718 | 71321 | KK 12B | EAST PEORIA | IL | 61611 | 4648469 | 10/14/2020 | Y | September 2019 |
| 2724 | 71389 | KK 22A | EAST PEORIA | IL | 61611 | 3758367 | 9/12/2019 | Y | August 2017 |
| 2729 | 72006 | KK 22A | EAST PEORIA | IL | 61611 | 4648477 | 10/14/2020 | Y | September 2019 |
| 2733 | 72012 | KK 5P | EAST PEORIA | IL | 61611 | 3618632 | 7/10/2019 | N | March 2018 |
| 2785 | 92039 | KK 22A | EAST PEORIA | IL | 61611 | 4792235 | 11/20/2020 | Y | September 2019 |
| 2818 | 92172 | KK 12B | EAST PEORIA | IL | 61611 | | | | September 2019 |
| 2825 | 92208 | KK 22A | EAST PEORIA | IL | 61611 | 4648491 | 10/14/2020 | Y | September 2019 |
| 2846 | 92534 | KK 20J | EAST PEORIA | IL | 61611 | | | | February 2019 |
| 2856 | 92668 | KK 46J | EAST PEORIA | IL | 61611 | 3758556 | 9/12/2019 | Y | September 2019 |
| 2858 | 92691 | KK 5P | EAST PEORIA | IL | 61611 | | | | July 2017 |
| 3068 | 93327 | KK 22A | EAST PEORIA | IL | 61611 | 3758373 | 9/12/2019 | Y | March 2019 |
| 3126 | 93417 | KK 5P | EAST PEORIA | IL | 61611 | | | | September 2019 |
| 3270 | 93582 | KK 1 FRONT OFFICE | EAST PEORIA | IL | 61611 | 4517952 | 7/27/2020 | Y | September 2019 |
| 3271 | 93582 | KK 5P | EAST PEORIA | IL | 61611 | 4517952 | 7/27/2020 | Y | July 2020 |
| 3328 | 93648 | KK 46J | EAST PEORIA | IL | 61611 | 3758558 | 9/12/2019 | Y | September 2019 |
| 3336 | 93658 | KK 12B | EAST PEORIA | IL | 61611 | 3976282 | 10/29/2019 | Y | October 2019 |
| 3346 | 93668 | KK 20J | EAST PEORIA | IL | 61611 | 4517951 | 7/27/2020 | Y | July 2020 |
| 3364 | 93692 | KK 1 FRONT OFFICE | EAST PEORIA | IL | 61611 | 4442204 | 5/29/2020 | Y | March 2020 |
| 3419 | 94013 | KK 20J | EAST PEORIA | IL | 61611 | | | | September 2019 |
| 3421 | 94018 | KK 20J | EAST PEORIA | IL | 61611 | 3758508 | 9/12/2019 | Y | September 2019 |
| 3459 | 94165 | KK 22A | EAST PEORIA | IL | 61611 | 5514431 | 9/17/2021 | Y | September 2019 |