# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, et al., on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS GROUP USA, INC., D/B/A CANTEEN,<br><br>    Defendant. | Case No. 3:23-cv-818-RJC-DCK<br>Lead Case<br><br><br>NOTICE OF APPEARANCE |
| ANDRES BORRERO, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS GROUP USA, INC., D/B/A CANTEEN,<br><br>    Defendant. | Case No. 3:23-cv-822-RJC-DCK<br>Member Case |
| BRIAN BALDWIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>COMPASS GROUP USA, INC., D/B/A CANTEEN,<br><br>    Defendant. | Case No. 5:22-cv-3644-MGL<br>Member Case |

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: __All plaintiffs__ .

This the 13th day of March, 2025.                Respectfully submitted,

**RHINE LAW FIRM, P.C.**

*/s/ Ruth A. Sheehan*
Ruth A. Sheehan, NC SBN 48069
Email: ras@rhinelawfirm.com
1612 Military Cutoff Rd., Suite 300
Wilmington, NC 28403
Telephone: (910) 772-9960
Facsimile: (910) 772-9062

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 13th day of March, 2025.

                RHINE LAW FIRM, P.C.

                By: */s/ Ruth A. Sheehan*
                      Ruth A. Sheehan, NC SBN 48069