IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al.*, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:23-cv-00818-RJC-DCK ) |
| COMPASS GROUP USA, INC., D/B/A Canteen | ) ) ) |
| Defendant. | ) ) ) |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff James Jilek ("Plaintiff") and Defendant Compass Group USA, Inc. d/b/a Canteen ("Compass"), by and through their undersigned counsel, respectfully notify the Court that they have reached a settlement in principle on a class-wide basis as to the claims and allegations raised by Plaintiff in this matter. The parties are presently preparing settlement documents and respectfully request 15 days to finalize the settlement agreement and that the Court stay all pending case deadlines. Plaintiff further respectfully requests 60 days to submit his motion for preliminary approval of the class, and Defendant does not oppose this request.

Dated: April 25, 2024                                    Respectfully submitted,

 /s/ Joseph C. Wylie II                                  /s/ M. Anthony Jenkins
Joseph C. Wylie II, 6270852IL *(Pro hac vice)*           Joel R. Rhine, NC SBN 16028
Nicole C. Mueller 6309735IL *(Pro hac vice)*             Martin A. Ramey, NC SBN 33617
Kenn Brotman 6236771IL *(Pro hac vice)*                  **RHINE LAW FIRM, P.C.**
**K&L GATES LLP**                                        1612 Military Cutoff, Suite 300
70 West Madison Street, Suite 3300                       Wilmington, NC 28403
Chicago, IL 60602-4207                                   910−772−9960
Tel:    (312) 372-1121                                   Fax: 910−772−9062
Fax:    (312) 827-8000                                   jrr@rhinelawfirm.com
joseph.wylie@klgates.com                                 mjr@rhinelawfirm.com
Nicole.Mueller@klgates.com
Kenn.Brotman@klgates.com                                 Daniel S. Levy, pro hac vice
                                                         **GOLDENBERG HELLER &**
Paul Sweeney Jr., 112511CA *(Pro hac vice)*              **ANTOGNOLI, P.C.**
**K&L GATES LLP**                                        2227 S. State Route 157
10100 Santa Monica Blvd., 8th Floor                      Edwardsville, Illinois 62025
Los Angeles, CA 90067                                    618.656.5150
paul.sweeney@klgates.com                                 daniel@ghalaw.com

Marla T. Reschly                                         Mike Arias, pro hac vice
N.C. Bar Number 46706                                    M. Anthony Jenkins, pro hac vice
Daniel D. McClurg                                        **ARIAS SANGUINETTI WANG &**
N.C. Bar Number 53768                                    **TEAM LLP**
**K&L GATES LLP**                                        6701 Center Drive West, 14th Floor
300 South Tryon Street, Suite 1000                       Los Angeles, California 90045
Charlotte, NC 28202                                      (310) 844-9696
Phone: (704) 331-7400                                    mike@aswtlawyers.com
Fax:    (704) 331-7598                                   anthony@aswtlawyers.com
Email: marla.reschly@klgates.com
       daniel.mcclurg@klgates.com                        *Attorneys for Plaintiff*
*Attorneys for Compass Group USA, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on April 25, 2025, which will serve all counsel of record.

                                                 */s/ Joseph C. Wylie II*
                                                 Joseph C. Wylie II