IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

JAMES JILEK,
        Plaintiff,

v.                                                              Civil Case No. 3:23cv818

COMPASS GROUP USA, INC.,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. On April 25, 2025, the parties notified the Court that they have settled this case on a class-wide basis. Accordingly, the Court cancelled the previously scheduled hearing on the motion for class certification and the motion to strike. (*See* ECF Nos. 293, 297.)

Upon due consideration, the Court DIRECTS the parties to file the motion for settlement approval within fifteen (15) days of this Order. Once filed, the Court will contact the parties to schedule a hearing on the motion, which it will hold at the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse in Richmond, Virginia.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 28 April 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge