# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:23-cv-00818-JAG-DCK<br>) |
| COMPASS GROUP USA, INC., d/b/a CANTEEN, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

## MOTION TO WITHDRAW

Richard S. Cornfeld, who has appeared as counsel of record for the Plaintiff, hereby moves the Court to permit him to withdraw as counsel of record in this action, stating as follows:

1. Attorney Richard S. Cornfeld has decided to retire from the active practice of law.

2. The law firm where Mr. Cornfeld has practiced, Goldenberg, Heller & Antognoli, P.C. ("GHA"), and its co-counsel Arias Sanguinetti Wang & Team LLP and Rhine Law Firm, PC, will continue to represent Plaintiff and the putative class, such that neither Plaintiff nor the class will be prejudiced. Another attorney from GHA with experience litigating class actions, Kevin P. Green, will be seeking admission *pro hac vice* to further represent Plaintiff and the class in this action.

3. All of Plaintiff's counsel are well-informed of the status and issues involved in the case, and they will continue to diligently represent Plaintiff and the class.

4. Plaintiff has been informed of Mr. Cornfeld's retirement and consents to the withdrawal.

1

5. Opposing counsel has been consulted and consents to the filing of this Motion.

WHEREFORE, Attorney Cornfeld moves this Court for an order permitting him to withdraw as counsel of record in this action.

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By: /s/ *Richard S. Cornfeld*
Richard S. Cornfeld (admitted *pro hac vice*)
Daniel S. Levy (admitted *pro hac vice*)
2227 S. State Route 157
Edwardsville, Illinois 62025
618.656.5150
rick@ghalaw.com
daniel@ghalaw.com

Mike Arias (admitted *pro hac vice*)
M. Anthony Jenkins (admitted *pro hac vice*)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Joel R. Rhine, NC SBN 16028
Ruth A. Sheehan, NC SBN 48069
John A. Bruno, NC SBN 54775
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
Fax: 910−772−9062
jrr@rhinelawfirm.com
mjr@rhinelawfirm.com
ras@rhinelawfirm.com
jab@rhinelawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2025, the foregoing was served by operation of the Court's electronic filing system on all counsel of record in this matter.

/s/ *Richard S. Cornfeld*