# EXHIBIT 3



For more than 30 years, Goldenberg Heller & Antognoli, P.C. ("Goldenberg Heller") has served as lead or co-lead counsel in class action and complex litigation in state and federal court in Illinois, Missouri, and across the country, recovering over $2 billion for consumers.

**Kevin P. Green**

Kevin P. Green is a shareholder of Goldenberg Heller. He represents plaintiffs and defendants in complex commercial litigation and class action litigation, through trial and appeal.

Throughout his career, Mr. Green has worked on numerous class actions. For example, in *Padberg v. Dish Network, LLC*, 2:11-cv-04035-NKL (W.D. Mo.), Mr. Green and Goldenberg Heller represented a certified class of approximately nine million consumers through class certification, appeal, a jury trial, and eventual court-approved settlement. Mr. Green was also appointed as class counsel in *McAllister v. The St. Louis Rams, LLC*, 4:16-cv-00172-SNLJ (E.D. Mo.), which after years of litigation, resulted in a court-approved $24 million settlement on behalf of season ticket holders following the Rams' move from St. Louis to Los Angeles. Mr. Green has also been appointed class counsel in *Stauffer v. Innovative Heights Fairview Heights, LLC*, 3:20-cv-00046-MAB (S.D. Ill.); *Keeven v. Webster Univ.*, 21SL-CC05384 (St. Louis Co., Mo); *In re Murray Energy Holdings Co.*, No. 2:19-bk-56885 (Bankr. S.D. Ohio); *Mitchell v. Murray Energy Corp.*, 3:17-cv-00444-NJR-RJD (S.D. Ill.); and *Rench v. TD Bank, N.A.*, 3:13-cv-00922-SMY-RJD (S.D. Ill.).

Mr. Green currently represents plaintiffs in pending putative class actions, including in: *Powell v. General Motors, LLC*, 4:25-cv-10479-SDK-KGA (E.D. Mich.); *Delgado v. Meta Platforms, Inc.*, 3:23-cv-04181-SI (N.D. Cal.); *Hartman v. Meta Platforms, Inc.*, 3:23-cv-02995-NJR (S.D. Ill.); *Metroplex Commc'ns, Inc. v. Meta Platforms, Inc.*, 3:22-cv-01455-SMY (S.D. Ill.); *Wilcosky v. Amazon Com., Inc.*, 1:19-cv-05061 (N.D. Ill.); *Jilek v. Compass Grp. USA, Inc.*, 3:23-cv-00818-JAG-DCK (W.D.N.C.); *Kesselman v. Toyota Motor Sales, U.S.A., Inc.*, 2:21-cv-06010-TJH-JC (C.D. Cal.); *Womick v. The Kroger Co.*, 3:21-cv-574-NJR (S.D. Ill.); *Walker v. The Kroger Co.*, CGC-21-596857 (San Francisco Co., Cal.); and *Boutte v. The Curators of the Univ. of Missouri*, 20BA-CV0729 (Boone Co., Mo.).

In addition, Mr. Green has represented defendants in class actions, including in *Human v. Window Nation, LLC*, 4:23-cv-00489-SEP (E.D. Mo.); *Levine Hat Co. v. Innate Intelligence, LLC*, 4:16-cv-01132-CEJ (E.D. Mo.); *Clark v. Trickey's Serv., Inc.*, 16-L-638 (Mad. Co. Ill.); *Estep v. Branson's Nantucket, LLC*, 1:16-cv-01158-JBM-JEH (C.D. Ill.); *Bueker v. Madison Cnty., Ill.*, 13-L-276 (Mad. Co. Ill.); *Freeman v. Berkeley Contract Packaging, LLC*, No. 3:12-cv-01255-DRH (S.D. Ill.); *Stilz v. Ready Cash, Inc.*, 1:11-cv-01146-MMM-JAG (C.D. Ill.); and *Prime Dev., Inc., v. First Cloverleaf Bank, N.A.*, No. 3:10-cv-00445-DRH (S.D. Ill.).

Mr. Green also has an active appellate practice. In 2019, Mr. Green successfully petitioned the Illinois Supreme Court for leave to appeal and thereafter obtained a unanimous reversal of the appellate court decision in *Nichols v. Fahrenkamp*, 2019 IL 123990. He has been actively involved

in appeals in the Seventh and Eighth Circuit Court of Appeals, the Illinois and Missouri Court of Appeals, including in, *inter alia*, *Leeper v. Hamilton Cnty. Coal, LLC*, No. 19-935 (U.S. Sup. Ct.); *Stauffer v. Pathfinder Software, LLC*, No. 21-8020 (7th Cir.); *Padberg v. Dish Network, LLC*, No. 13-8020 (8th Cir.); *Stokes v. Dish Network, LLC*, No. 15-2901 (8th Cir.); *Levy v. Hartford Cas. Ins. Co.*, No. 21-1446 (8th Cir.); *Archford Capital Strategies, LLC v. Davis*, No. 5-21-0377 (Ill. App. Ct.); *Thieret Family LLC v. Delta Plains Services, LLC*, No. ED109440 (Mo. App. Ct.).

In 2020, the Illinois State Bar Association awarded Mr. Green its Young Lawyer of the Year Award, an award it presents each year to two lawyers in Illinois under the age of 36 who have excelled within the legal community and profession, one who practices inside Cook County and one who practices outside Cook County. According to the ISBA, the recipients are selected based on excellence in advocacy, counseling or litigation; contributions to the advancement of the Bar of Illinois and the legal profession generally; and service to the community. In 2021, Mr. Green was also appointed to the Rules Committee for the United States District Court for the Southern District of Illinois.

### Daniel S. Levy

Daniel Levy is an associate of Goldenberg Heller. He represents plaintiffs and defendants in state and federal courts, including in the areas of class actions and employment law.

Mr. Levy has represented plaintiffs in numerous class actions during his career. He has been appointed as class counsel in *Stauffer v. Innovative Heights Fairview Heights, LLC*, 3:20-cv-00046-MAB (S.D. Ill.); *Keeven v. Webster Univ.*, 21SL-CC05384 (St. Louis Co., Mo); and *Pirozzi v. Massage Envy Franchising, LLC*, 4:19-cv-00807-CDP (E.D. Mo.). He is actively representing plaintiffs in class actions in state and federal court, including in *Powell v. General Motors, LLC*, 4:25-cv-10479-SDK-KGA (E.D. Mich.); *Delgado v. Meta Platforms, Inc.*, 3:23-cv-04181-SI (N.D. Cal.); *Hartman v. Meta Platforms, Inc.*, 3:23-cv-02995-NJR (S.D. Ill.); *Jilek v. Compass Grp. USA, Inc.*, 3:23-cv-00818-JAG-DCK (W.D.N.C.); *Kesselman v. Toyota Motor Sales, U.S.A., Inc.*, 2:21-cv-06010-TJH-JC (C.D. Cal.); *Womick v. The Kroger Co.*, 3:21-cv-574-NJR (S.D. Ill.); *Walker v. The Kroger Co.*, CGC-21-596857 (San Francisco Co., Cal.); and *Boutte v. The Curators of the Univ. of Missouri.*, 20BA-CV01729 (Boone Co., Mo.).

Previously, Mr. Levy spent several years as an Assistant Attorney General in the Missouri Attorney General's Office, working in both the Governmental Affairs and Litigation divisions. He served as lead counsel in dozens of cases, many involving claims of employment discrimination, and as first-chair trial counsel in cases involving the human rights statute and employment discrimination in which he obtained complete defense verdicts. Mr. Levy also briefed and argued numerous appeals while serving as an Assistant Attorney General, and, more recently, obtained a reversal of a district court order in the class action *Delisle v. McKendree Univ.*, No. 21-2988 (7th Cir. 2023).

He has been selected as a "Rising Star" by Missouri and Illinois Super Lawyers on multiple occasions and has been selected to The National Trial Lawyers – Top 40 Under 40 (Missouri or Illinois) since 2021.

2

Case 3:23-cv-00818-JAG-DCK   Document 337-3   Filed 05/14/25   Page 3 of 3