UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:23-cv-00818-JAG-DCK ) |
| COMPASS GROUP USA, INC., d/b/a CANTEEN, | ) ) ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF JACOB KAMENIR, VICE PRESIDENT FOR LEGAL NOTICE AT SIMPLURIS, INC.

I, Jacob Kamenir, declare and state as follows:

1. I am Vice President for Legal Notice at Simpluris, Inc. ("Simpluris"). Simpluris is a national full-service class action notice and claims administrator located at 3194-C Airport Loop Drive, Costa Mesa, California 92626. I am over twenty-one years of age and authorized to make this declaration on behalf of Simpluris and myself.

2. I am an attorney licensed to practice in Minnesota, and hold a Master of Science in Industrial Administration (a variant of an MBA) from Purdue University. I have an extensive background in data analytics and legal marketing, and co-lead Simpluris' legal noticing team. I have developed and overseen, in whole or in part, hundreds of notice programs and administrations, and have given both written and oral testimony on notice and administration procedures in federal and state courts.

3. Simpluris has been selected by counsel, pending court approval, to execute the proposed Notice Plan and to administer the claims process in this matter. The following statements are based on my personal knowledge as well as information provided by other experienced Simpluris employees working under my supervision.

**SIMPLURIS EXPERIENCE**

4. Simpluris has been executing notice plans and administering class action settlements since 2007. In that time, we have been appointed in over 10,000 cases and distributed over $10 billion in funds. Our leadership team has over 100 years of combined industry experience that includes some of the largest class action administrations in the United States, including *In re: Equifax, Inc., Customer Data Security Breach*, Case No. 1:17-md-2800 (N.D. Ga.) and *In re: Premera Blue Cross Customer Data Security Breach*, Case No. 3:15-md-2633 (D. Or.). Additional representative cases include *Gregory v. Tubi*, Case No. 2024-LA-0000209, Ill. Cir. Ct. (Winnebago); *Solis v. Hilco Redevelopment*, Case No. 20-cv-02348 (N.D. Ill.); *Rimler v. Postmates, Inc.*, Case No. CGC-18-567868, Cal. Sup. Ct. (San Francisco); *Shomroni v. FEI Labs Inc.*, Cal. Sup. Ct. (San Francisco); *Doe v. Roblox Corp.*, Case No. 3:21-cv-03943 (N.D. Cal.); *In re: Ambry Genetics Data Breach Litigation*, Case No. 8:20-cv-00791 (C.D. Cal.); *Orellana v.

*Planned Parenthood of Los Angeles*, Case No. 21STCV44106, Cal. Sup. Ct. (Los Angeles); *Cordova et al v. United Education Institute et al.*, Case No. 37-2012-00083573, Cal. Sup. Ct. (San Diego); *Shuts v. Covenant Holdco, LLC*, Case No. RG10551807, Cal. Sup. Ct. (Alameda); *Hamilton et al v. Suburban Propane Gas Corp.*, Case No. BC433779, Cal. Sup. Ct. (Los Angeles); *Upadhyay et al v. Prometheus Real Estate Group*, Case No. 1-08-CV-118002, Cal. Sup. Ct. (Santa Clara); *Starke v. Stanley Black & Decker Inc.*, Case No. C-03-CV-21-001091, Md. Cir. Ct. (Baltimore); and *Hale v. Manna Pro Products LLC*, Case No. 2:18-cv-00209 (E.D. Cal.).

## **PRIVACY AND SECURITY**

5. Simpluris maintains robust data and cybersecurity practices, controls, and procedures. These include the use of layered, industry-leading software and hardware systems to prevent both external and internal unauthorized access to sensitive client and company data. Unique among other administrators, Simpluris has developed a comprehensive, integrated administration system, Cadence, which was designed specifically to provide the highest level of data privacy and anti-intrusion security. Our systems are monitored, tested, and constantly upgraded by a highly experienced team of IT professionals, and systemwide security is overseen directly by our CTO.

6. Simpluris is SOC 2 Type 1 and Type 2 certified. SOC 2 is a standard developed by the American Institute of CPAs (AICPA) to ensure that customer data is handled in a way that meets strict security, availability, integrity, confidentiality, and privacy standards. Certification requires an extensive audit of all aspects of company data practices by a qualified independent CPA or accounting firm.

7. As an approved Redress Administrator for the FTC, and approved Fund Administrator for the SEC, Simpluris maintains Federal Information Security Management Act ("FISMA") and National Institute of Standards and Technology ("NIST") certification for data security.

8. All Simpluris employees are required to undergo HIPAA training.

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 3 of 10
Case 3:23-cv-00818-JAG-DCK    Document 338    Filed 05/14/25    Page 3 of 11

9. In all situations in which Simpluris employees handle PII, including class member data, we do so solely for the purpose of carrying out our duties and responsibilities as a third-party administrator.

## **OVERVIEW**

10. If approved by the Court and in accordance with the Settlement Agreement, Simpluris will be charged with, among other responsibilities:

(a) Providing CAFA notice to appropriate state and federal officials;

(b) Executing a digital media notice program;

(c) Developing and maintaining an interactive settlement website that will host relevant settlement documents, as well as allow eligible Settlement Class Members to submit claims electronically and elect to receive their payments digitally or by check;

(d) Establishing and maintaining an Interactive Voice Response ("IVR") settlement toll-free telephone number that will be available 24 hours a day and offer answers to frequently asked questions ("FAQs");

(e) Processing incoming claims, requests for exclusion, objections, and related class correspondence;

(f) Establishing and maintaining a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund;

(g) Calculating the amounts due to each Settlement Class Member pursuant to the Settlement;

(h) Processing digital or check payments to Settlement Class Members who make valid monetary claims;

(i) Preparing and filing any applicable tax forms and tax returns with state and federal agencies; and

(j) Reporting on the status of the claims and distribution as required by the parties and Court.

## CAFA NOTICE

11.     CAFA Notice. In accordance with 28 U.S. Code § 1715, Simpluris will provide notice of the Settlement Agreement to appropriate state and federal officials.

## DIGITAL MEDIA NOTICE PROGRAM

12.     Because direct contact information for the class is unavailable, Simpluris will execute a digital media notice program to notify class members. The wide adoption of vending machines by all demographic categories means that the notice program will be reaching out to US adults generally.

13.     We have designed an integrated notice program using different types of channels to reach class members across a full range of online contexts. The digital notice program is currently planned to run for forty-five days.

14.     According to the MRI-Simmons Winter 2025 Survey of the American Consumer,[1] nearly 97% of all adults are online, and over 84% of all adults use social media. This nearly universal adoption of the Internet has made online digital notice a common component of notice programs when direct contact information for class members is unavailable.

15.     Digital notice ads will be designed to be eye-catching by using visually engaging images, and will be formatted to be easily viewed on all types of electronic devices. Ads will be hyperlinked ("clickable") to take users who interact with the ad directly to the settlement website.

16.     Social Media—Facebook and Instagram. Simpluris will disseminate digital notice ads on the Meta, Inc., Facebook and Instagram social media platforms ("Meta"). Over 69% of

---

[1] MRI Simmons is a market research company that provides comprehensive consumer data insights, including demographics, psychographics, brand preferences, and media usage, primarily focused on the American consumer. It uses large-scale quarterly national surveys to create detailed profiles of different consumer segments and their behaviors and interests. MRI Simmons is considered a gold standard source for information in both marketing and notice administration.

Americans use one of these two platforms,[2] making these social media channels mainstays of digital notice programs.

17. Meta ads will be targeted in two ways. First, we will use geotargeting to serve ads to users who are in the class vending machine locations.[3] Additionally, ads will be retargeted to users who visit the settlement website but do not file a claim.

18. <u>Social Media—Snapchat.</u> Snapchat is one of the most popular social media platforms for users under 35.[4] Because unattended retail services like vending machines are especially popular with this age group, Snapchat will be used as an additional channel for digital notice ads.

19. As with Meta, Snapchat notice ads will be geotargeted to class vending machine locations.

20. <u>Programmatic Banner Ads.</u> Programmatic banner ads (commonly referred to as "banner ads" or "website ads") will appear across high-visibility Google properties like YouTube, Gmail, and Google Discover. Ads will also be placed on online versions of high reputation news websites.

21. Additionally, programmatic banner ads will be retargeted to users who visit the settlement website but do not file a claim.

22. <u>Google Search.</u> Digital notice ads will be displayed to users who search for keywords related to the case or the settlement. Google Search ads enhance other marketing efforts by directing potential class members to the settlement website when they use key phrases rather than a specific website address. Because these ads are responsive to keywords and phrases related to the case, they help ensure that potential class members can easily find the settlement website.

## **ADDITIONAL NOTICE AND OUTREACH**

23. <u>Top Class Actions.</u> To supplement the social media ads, programmatic banner ads,

---

[2] MRI-Simmons Winter 2025 Survey of the American Consumer
[3] This assumes that Simpluris will receive these locations as part of class data.
[4] MRI-Simmons Winter 2025 Survey of the American Consumer.

and Google Search responsive ads, Simpluris will publish notice of the settlement on the Top Class Actions ("TCA") website, topclassactions.com. TCA is one of the leading websites providing accessible and user-friendly information about class action settlements to the general public. The TCA website receives 3 million views per month,[5] making it an ideal avenue for notice outreach in this case.

24. In addition to the website, TCA distributes a monthly newsletter to 900,000 subscribers.[6]

25. The high traffic of TCA makes it well suited for reaching class members who are already familiar with class action concepts and comfortable with filing claims.

26. <u>Press Releases.</u> To generate earned media coverage, Simpluris will issue two press releases during the notice period on the PR Newswire US1 service. The US1 newswire reaches thousands of media outlets across the United States, including print publications, radio, and television stations. The first press release will be issued concurrently with the beginning of the digital notice program, and the second press release will be issued thirty days before the end of the Claims Period.

27. <u>Settlement Website.</u> Simpluris will develop and maintain a case-specific website at www.VendingMachineSettlement.com (or www.vendingmachinesettlement.com). The website will inform class members of the terms of the Settlement Agreement, their rights, dates and deadlines, and related information. The settlement website will include downloadable PDF versions of important case documents, as identified by the parties or the Court. The settlement website will provide class members with the ability to complete and submit their claim form online.

28. The settlement website will be active at least through the end of the check cashing period.

29. <u>Contact Center.</u> A toll-free telephone number specific to this case will be implemented and maintained to further apprise Settlement Class Members of the rights and options

---

[5] Top Class Actions LinkedIn page, https://www.linkedin.com/company/topclassactions/ (last visited May 5, 2025).
[6] *Id.*

in the Settlement. The toll-free telephone number will be listed on the Settlement Website. The toll-free telephone number will utilize an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This toll-free telephone number will be accessible 24 hours a day, 7 days a week.

30. The contact center will be active at least through the end of the check cashing period.

## CLAIMS ADMINISTRATION

31. The primary way for Settlement Class Members to file a claim will be online. The online Claim Form will be designed to be easily accessible and viewed from all types of electronic devices, and will collect the information specified in the Settlement Agreement.

32. The Settlement Website will utilize extensive, layered fraud prevention measures to ensure that the settlement fund is properly used for the benefit of class members.

33. Settlement Class Members who are unable to file online, or would prefer to file a paper Claim Form, will have the opportunity to download a printable copy of the form from the website or to request that a paper copy be mailed to them.

34. Class members will be able to select their preferred payment type during the claims process. Payment options will include physical checks, electronic payments (via PayPal, Venmo, or Zelle), or payment cards.

35. Simpluris will coordinate with counsel to implement processes and procedures for validating Settlement Class Member claims, and curing deficient clams. Simpluris will provide counsel timely reports on the claims submitted, including deficiencies.

36. Dispute resolution for claims will be conducted in accordance with the Settlement Agreement and in consultation with counsel. Simpluris will timely notify counsel of any disputed claims.

37. Simpluris will immediately notify counsel if any requests for exclusion or

DECLARATION OF SETTLEMENT ADMINISTRATOR SIMPLURIS, INC.
Page 8 of 10
Case 3:23-cv-00818-JAG-DCK     Document 338     Filed 05/14/25     Page 8 of 11

objections are received.

## AWARD DISBURSEMENT

38.     Simpluris will establish and maintain a 26 CFR § 1.468B-1 compliant Qualified Settlement Fund for this Settlement. Simpluris will ensure that all federal and state statutory and regulatory tax filing and reporting requirements are fully complied with and completed.

39.     Once the Claims Deadline has passed, Simpluris will calculate individual award amounts based on the Settlement Agreement and disburse award payments accordingly by the method selected by the Settlement Class Member.

40.     When appropriate, tax documents will be mailed to Settlement Class Members who select payment by check and emailed to Settlement Class Members who select a digital payment option.

41.     Any mailed award payment checks that are returned as undeliverable will be processed through a public records address verification search (commonly referred to as "skip tracing") utilizing a wide variety of data sources, including public records, real estate records, electronic directory assistance listings, and other sources, to locate an updated postal address. When new postal addresses are located, the Settlement Class Member database will be updated and the check remailed.

42.     Once Attorneys' Fees and Expenses, Service Award, costs of notice and administration, and individual award payments have been paid and the final check negotiation deadline has passed, any residual funds remaining in the QSF will be disposed of in accordance with the Settlement Agreement.

## CONCLUSION

43.     Simpluris will administer the Settlement Agreement as agreed to by the parties and approved by the Court, and in accordance with industry best practices and in full compliance with all applicable federal and state statutes and regulations.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 13, 2025

_____
Jacob J. Kamenir

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on May 14, 2025, which will serve all counsel of record.

/s/ *Daniel S. Levy*