IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

JAMES JILEK,
    Plaintiff,

v.                                                     Civil Case No. 3:23cv818

COMPASS GROUP USA, INC.,
    Defendant.

## ORDER

This Order applies to all hearings in the above-captioned case that are held before Senior United States District Judge John A. Gibney, Jr, in the U.S. District Court for the Eastern District of Virginia, Richmond Division.[1] **This Order applies only to hearings held in Richmond, Virginia.**

As a general policy, the U.S. District Court for the Eastern District of Virginia has prohibited all individuals from bringing personal electronic devices into the courthouse without prior authorization from a judge. Upon due consideration, and in the interest of judicial efficiency, the Court ORDERS that all attorneys appearing for a hearing before the Honorable John A. Gibney, Jr., may bring personal electronic devices into Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse located in Richmond, Virginia (the "Courthouse"), when appearing before Judge Gibney. "Personal electronic devices" shall mean cell phones, tablets, laptops, electronic watches, and any associated chargers.

---

[1] The undersigned Senior United States District Judge is a judge in the Eastern District of Virginia but is presiding over this case by designation in the Western District of North Carolina.

In order to bring these personal electronic devices into the Courthouse, the attorney SHALL:

1. Bring a **printed copy of this Order** with them.
2. Bring a **printed copy of the docket sheet** demonstrating that they have appeared as counsel for a party in the case assigned to Judge Gibney.
3. Present the printed copy of this Order and the docket sheet to the Deputy U.S. Marshal or court security officer at the security checkpoint and/or upon request.

The Court DIRECTS the Deputy U.S. Marshal or court security officer to permit the attorney appearing before Judge Gibney to bring their personal electronic devices into the Courthouse after producing the above documents. This Order SHALL only apply to:

1. The Courthouse located in Richmond, Virginia. This Order SHALL NOT apply to hearings in the federal courthouses located in the Norfolk Division, Newport News Division, and Alexandria Division of the Eastern District of Virginia or in the Western District of North Carolina absent further order of the Court;
2. Hearings before the Honorable John A. Gibney, Jr. Attorneys may not use this Order to bring personal electronic devices into the Courthouse when they are not appearing before Judge Gibney; and
3. Hearings in cases in which the Court has entered this Order. Once all proceedings in the case before Judge Gibney have ceased, the permission to bring personal electronic devices into the Courthouse also ceases.[2]

It is so ORDERED.

---

[2] If an attorney has made an appearance in another case before Judge Gibney in which the Court has not entered this Order, and they wish to bring their personal electronic devices into the Courthouse for a hearing in that case, they may contact Chambers at (804) 916-2870.

Let the Clerk send a copy of this Order to all counsel of record and to the United States Marshals Service, Richmond Division.

Date: 9 June 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge