# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| JAMES JILEK, *et al*., on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. 3:23-cv-00818-JAG-DCK ) |
| COMPASS GROUP USA, INC., D/B/A Canteen | ) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF FILING OF AMENDED PROPOSED PRELIMINARY APPROVAL ORDER

Plaintiff files as Exhibit 1 hereto an Amended Proposed Preliminary Approval Order ("Amended Proposed Order") to replace the document previously filed as Dkt. No. 336-1. The Amended Proposed Order removes references to attorney John A. Bruno following his withdrawal as counsel (see Doc. 341). Plaintiff's counsel has conferred with Defendant's counsel, which has advised it has no objection to the filing of the Amended Proposed Order.

Dated: June 26, 2025

Respectfully submitted,

**GOLDENBERG HELLER & ANTOGNOLI, P.C.**

By:*/s/ Daniel S. Levy*
Kevin P. Green (admitted *pro hac vice*)
Daniel S. Levy (admitted *pro hac vice*)
2227 S. State Route 157
Edwardsville, Illinois 62025
618.656.5150
kevin@ghalaw.com
daniel@ghalaw.com

Mike Arias (admitted *pro hac vice*)
M. Anthony Jenkins (admitted *pro hac vice*)
**ARIAS SANGUINETTI WANG & TEAM LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045
Tel: (310) 844-9696 / Fax: (310) 861-0168
mike@aswtlawyers.com
anthony@aswtlawyers.com

Joel R. Rhine, NC SBN 16028
Ruth A. Sheehan, NC SBN 48069
**RHINE LAW FIRM, PC**
1612 Military Cutoff Rd, Suite 300
Wilmington, NC 28403
Tel: 910−772−9960
jrr@rhinelawfirm.com
ras@rhinelawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the Court's CM/ECF system on June 26, 2025, which will serve all counsel of record.

/s/ *Daniel S. Levy*