IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

JAMES JILEK,
    Plaintiff,

v.                                                           Civil Case No. 3:23cv818

COMPASS GROUP USA, INC.,
    Defendant.

## ORDER

This matter comes before the Court on a motion for class certification filed by the plaintiff, James Jilek, (ECF No. 293), and a motion to strike filed by the defendant, Compass Group USA, Inc. ("Compass"), (ECF No. 297). On April 25, 2025, the parties notified the Court that they have settled this class action. (*See* ECF No. 328.) The Court has granted preliminary approval of the settlement, with a final approval hearing scheduled for January 9, 2026, at 9:00 a.m. (*See* ECF No. 343.) Given the posture of this case, the Court DENIES WITHOUT PREJUDICE Jilek's motion for class certification, (ECF No. 293), and Compass's motion to strike, (ECF No. 297). If the Court ultimately does not grant final approval of the settlement, the parties may refile their motions at that time.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 25 July 2025
Richmond, VA

/s/
John A. Gibney, Jr.
Senior United States District Judge